**FILED**

JUL 24 2019 *u*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUL 24 2019

MAGISTRATE JUDGE
JEFFREY I. CUMMINGS



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 19 CR 526 |
| | ) | |
| v. | ) | <u>Violations</u>: Title 18, United States |
| | ) | Code, Sections 1001(a)(2) and 2; |
| CHRISTOPHER MIKE GARBOWSKI, | ) | Title 33, United States Code, Section |
| also known as "Mike Gunnman" | ) | 1232(b)(1) |

**JUDGE DURKIN**

<u>COUNT ONE</u>

**MAGISTRATE JUDGE KIM**
**INTAKE**
JUL 25 2019 *u*

The SPECIAL JANUARY 2019 GRAND JURY charges:

1.      At times material to this Indictment:

        a.      Defendant CHRISTOPHER MIKE GARBOWSKI was the sole
member of a Delaware limited liability company called GSKI Group, LLC ("GSKI").

        b.      GARBOWSKI, through GSKI, owned, operated and controlled a
recreational motor vessel, namely, an Avanti Bayliner 4085 (the "Subject Vessel").

        c.      In or around Summer 2017, GARBOWSKI began operating the
Subject Vessel on the Chicago area waterway system, including on Lake Michigan
and the Chicago River. During 2017, GARBOWSKI operated the vessel under the
name "Sea Hawk."

        d.      During 2017, GARBOWSKI, through GSKI, contracted with
various individuals who wished to charter the Subject Vessel, typically for a period of
several hours, in exchange for compensation. These commercial charter voyages
involved more than six passengers, including at least one passenger for hire.

GARBOWSKI, or an individual acting at GARBOWSKI's direction, served as the captain of the vessel during the charter period.

      e.    Federal statutes and regulations prohibited GARBOWSKI and GSKI from conducting the charter operations described in sub-paragraph 1(d) above unless and until the United States Coast Guard ("Coast Guard") inspected the Subject Vessel and, having determined that the Subject Vessel satisfied Coast Guard safety regulations applicable to such vessels engaged in commercial operations, issued a "Certificate of Inspection" for the Subject Vessel.

      f.    GARBOWSKI conducted commercial charter operations as described in sub-paragraph 1(d) above without a valid Coast Guard Certificate of Inspection.

      g.    On or about the morning of August 19, 2017, the Coast Guard, operating pursuant to authority at Title 33, Code of Federal Regulations, Part 160, Subpart B, issued to GARBOWSKI Order 11-17 from the Captain of the Port (hereinafter, the "First COTP Order") which ordered, demanded and required that GARBOWSKI and GSKI immediately cease operating the Subject Vessel as a commercial passenger vessel.

    2.    On or about the afternoon and evening of August 19, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER MIKE GARBOWSKI,
also known as "Michael Gunnman,"

defendant herein, having notice of the terms of the First COTP Order, willfully and knowingly failed to obey the First COTP Order, namely, GARBOWSKI caused the

Subject Vessel to be used for a commercial charter voyage that involved more than six passengers, including at least one passenger for hire, in violation of the First COTP Order;

In violation of Title 33, United States Code, Section 1232(b)(1); Title 33, Code of Federal Regulations, Section 160.105; and Title 18, United States Code, Section 2.

## COUNT TWO

The SPECIAL JANUARY 2019 GRAND JURY further charges:

1.     Paragraphs 1(a) through 1(f) of Count One of this Indictment are incorporated here.

2.     GARBOWSKI contracted with Individual G to charter the Subject Vessel for approximately five hours on August 19, 2017, beginning at approximately 10:00 a.m., in exchange for approximately $2,400. The number of passengers scheduled to be on the charter voyage exceeded six persons with at least one passenger for hire.

3.     On or about August 19, 2017, employees of the Coast Guard, an agency within the Department of Homeland Security, made contact with GARBOWSKI at or near Monroe Harbor in Chicago, Illinois.

4.     Prior to making contact with GARBOWSKI as described in Paragraph 3 above, the Coast Guard, an agency within the Department of Homeland Security, was investigating GARBOWSKI and GSKI for potential violations of federal criminal law. Whether GARBOWSKI had used the Subject Vessel to conduct commercial charter operations and whether GARBOWSKI had advertised the Subject Vessel for charter on various internet websites were issues material to the investigation.

5.     On or about August 19, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER MIKE GARBOWSKI,
also known as "Michael Gunnman,"

defendant herein, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the Department of Homeland Security, a department within the executive branch of the government of the United States, when he stated the following:

(a)     GARBOWSKI stated that neither Individual G nor any of the individuals accompanying Individual G were paying money in exchange for the charter voyage on August 19, 2017;

(b)     GARBOWSKI denied that he had advertised the Subject Vessel as available for hire as a chartered vessel on any internet websites; and

(c)     GARBOWSKI denied generally that he was operating the Subject Vessel for profit or personal gain.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT THREE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

1.    Paragraphs 1(a) through 1(f) of Count One of this Indictment are incorporated here.

2.    During 2018, GARBOWSKI continued to use the Subject Vessel to conduct commercial charter operations on the Chicago area waterway system without a valid Certificate of Inspection for the Subject Vessel. During 2018, GARBOWSKI operated the vessel under the name "Manaje III."

3.    On or about July 14, 2018, employees of the Coast Guard, an agency within the Department of Homeland Security, made contact with GARBOWSKI at or near Monroe Harbor in Chicago, Illinois.

4.    Prior to making contact with GARBOWSKI as described in Paragraph 3 above, the Coast Guard, an agency within the Department of Homeland Security, was investigating GARBOWSKI and GSKI for potential violations of federal criminal law. Whether GARBOWSKI had used the Subject Vessel to conduct commercial charter operations and whether GARBOWSKI had advertised the Subject Vessel for charter on various internet websites were issues material to the investigation.

5.    On or about July 14, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER MIKE GARBOWSKI,
also known as "Michael Gunnman,"

defendant herein, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the

6

Department of Homeland Security, a department within the executive branch of the government of the United States, when he stated the following:

      (a)     GARBOWSKI stated that he had never operated a charter voyage on the Subject Vessel;

      (b)     GARBOWSKI stated that he had never received money or payment for operating the Subject Vessel; and

      (c)     GARBOWSKI denied that he had advertised the Subject Vessel as available for hire as a chartered vessel on any internet websites.

In violation of Title 18, United States Code, Section 1001(a)(2).

**COUNT FOUR**

The SPECIAL JANUARY 2019 GRAND JURY further charges:

1.     Paragraphs 1(a) through 1(f) of Count One and paragraph 2 of Count Three of this Indictment are incorporated here.

2.     On or about July 27, 2018, the Coast Guard, operating pursuant to authority at Title 33, Code of Federal Regulations, Part 160, Subpart B, issued to GARBOWSKI Order 11-18 from the Captain of the Port (hereinafter, the "Second COTP Order") which ordered, demanded and required that GARBOWSKI and GSKI immediately cease operating the Subject Vessel as a commercial passenger vessel. A copy of the Second COTP Order was hand delivered to GARBOWSKI on or about July 27, 2018.

3.     On or about July 28, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER MIKE GARBOWSKI,
also known as "Michael Gunnman,"

defendant herein, having notice of the terms of the Second COTP Order, willfully and knowingly failed to obey the Second COTP Order, namely, GARBOWSKI caused the Subject Vessel to be used for a commercial charter voyage that involved more than six passengers, including at least one passenger for hire, in violation of the Second COTP Order;

In violation of Title 33, United States Code, Section 1232(b)(1); Title 33, Code of Federal Regulations, Section 160.105; and Title 18, United States Code, Section 2.

## COUNT FIVE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

1.     Paragraph 1 of Count One and paragraph 2 of Count Three of this Indictment are incorporated here.

2.     During 2019, GARBOWSKI continued to use the Subject Vessel to conduct commercial charter operations on the Chicago area waterway system without a valid Certificate of Inspection for the Subject Vessel. During 2019, GARBOWSKI operated the vessel under the name "Anchorman."

3.     On or about June 24, 2019, employees of the Coast Guard, an agency within the Department of Homeland Security, interviewed GARBOWSKI at or near Willowbrook, Illinois.

4.     Prior to making contact with GARBOWSKI as described in Paragraph 3 above, the Coast Guard, an agency within the Department of Homeland Security, was investigating GARBOWSKI and GSKI for potential violations of federal criminal law. Whether GARBOWSKI had used the Subject Vessel to conduct commercial charter operations and whether GARBOWSKI had advertised the Subject Vessel for charter on various internet websites were issues material to the investigation.

5.     On or about June 24, 2019, at Willowbrook, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER MIKE GARBOWSKI,
also known as "Michael Gunnman,"

defendant herein, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the

Department of Homeland Security, a department within the executive branch of the government of the United States, when he stated the following:

(a)     When asked if he had "ever collected money, or wire transfers, or anything along those lines for the operation of" the Subject Vessel, GARBOWSKI answered, "No.";

(b)     When asked, "Every time you've been out on, on the vessel 'Anchorman,' 'Manaje III,' 'Sea Hawk,' every time you've been stopped or haven't been stopped, at any point had you ever engaged in doing any charter operations?," GARBOWSKI answered, "Never collected any money.";

(c)     When asked, "Have you ever advertised any incarnation name of that vessel – 'Sea Hawk,' 'Manaje III,' 'Anchorman' – have you ever put it on any kind of website offering it for people to go out to, to charter the boat?," GARBOWSKI answered, "I have not, GSKI Group has not"; and

(d)     When asked, "Have you ever received payment in any form to operate the 'Manaje III,' the 'Sea Hawk' or the 'Anchorman'?," GARBOWSKI answered, "No.";

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY