*United States v. Garbowski*, 19 CR 526

<u>List of Anonymized Individuals in the Complaint</u>

| Identification in Complaint | Name |
| --- | --- |
| Owner A1 | Robert Nelson |
| Owner A2 | Amanda Nelson |
| Individual A | User of Venmo account: @ekreutz |
| Individual B | User of Venmo account: @Adam-Fisher |
| Individual C | Carmen Minella |
| Individual D | Mikel Linder |
| Individual E | Rebecca LaRocque |
| Individual F | Michael Lewis |
| Individual G | Jill Garlich |
| Individual H1 | Laura Hines |
| Individual H2 | Suzanne Lehrer |
| Individual I | Ross Sims |
| Individual J | User of Venmo account: @Michael-Biegel |
| Individual K | User of Venmo account: @Chris-Creyts |
| Individual L | User of Venmo account: @Prestonstokes |
| Individual M | User of Venmo account: @Ti-Greenberg |
| Individual N1 | User of Venmo account: @Varun-Juloori |
| Individual N2 | User of Venmo account: @Oliversnere |
| Individual O | User of Venmo account: @Elsa-Tricozzi |
| Individual P1 | Craig Whaley |
| Individual P2 | Luis Rivera |
| Individual P3 | Roshan Parikh |
| Individual Q | Trevor Lu |
| Individual R | Michael Brown |



GOVERNMENT EXHIBIT

Names List

DHS, USCG, CG-1270 (REV. 06-04)



# UNITED STATES OF AMERICA

OMB APPROVED
1625-0027

## DEPARTMENT OF HOMELAND SECURITY
### UNITED STATES COAST GUARD

## NATIONAL VESSEL DOCUMENTATION CENTER

# *CERTIFICATE OF DOCUMENTATION*

| VESSEL NAME | | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|---|
| SEA HAWK | | 1192154 | BL2A21EU1798 | UNKNOWN |
| HAILING PORT | | HULL MATERIAL | | MECHANICAL PROPULSION |
| WASHINGTON DC | | FRP (FIBERGLASS) | | YES |

| GROSS TONNAGE | NET TONNAGE | | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|---|
| 12 GRT | 12 NRT | | 40.0 | 12.0 | 4.0 |

**PLACE BUILT**

UNKNOWN

**OWNERS**
ROBERT NELSON
AMANDA NELSON

**OPERATIONAL ENDORSEMENTS**
RECREATION

**MANAGING OWNER**
ROBERT NELSON

**RESTRICTIONS**
NO COASTWISE - BUILD EVIDENCE NOT PRESENTED;
NO FISHERY - BUILD EVIDENCE NOT PRESENTED

**ENTITLEMENTS**
NONE

**REMARKS**
NONE

> GOVERNMENT
> EXHIBIT
> CoD 6/9/17

**ISSUE DATE**
JUNE 09, 2017

**THIS CERTIFICATE EXPIRES**
JULY 31, 2018

*Christian G. Walker*

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

Attachment:
COD-SEAHAWK

PREVIOUS EDITION OBSOLETE, THIS CERTIFICATE MAY NOT BE ALTERED

This certificate is not valid for operation of the vessel until the vessel is marked with the name, official number, and hailing port as shown on the certificate. The original certificate must be kept aboard the vessel at all times when in operation and must be presented upon the demand of federal, state or local officials for law enforcement purposes. Vessels with only a recreational endorsement may not engage in commercial trade.

Documented vessels may be registered by states for tax and other purposes and may be required to display a state decal. This certificate is valid for one year. Renewal is the responsibility of the owner. This certificate must be surrendered to the National Vessel Documentation Center (NVDC), 792 T J Jackson Drive, Falling Waters, West Virginia 25419, upon a change in ownership, change in state of incorporation, or a change in any other element shown on the certificate other than change of address. This certificate is invalid for any vessel other than one documented solely for recreation when the vessel is placed under the command of a person who is not a citizen of the U.S. The vessel and its equipment are liable to seizure and forfeiture to the U.S. government and the owner is liable for a civil penalty of not more than $10,000.00 per violation. Each day of a continuing violation is a separate violation.

Any change in address of the managing owner must be reported promptly to the NVDC. You may contact us at (304) 271-2400.

**Note:** The certificate on the face of this document is not conclusive evidence of title in any proceeding where ownership is in issue. Complete records are on file at the NVDC. The sale or transfer section below is provided for convenience only.

**SALE OR TRANSFER OF VESSEL**

100% OF THE VESSEL IDENTIFIED HEREIN IS SOLD (TRANSFERRED) BY THE OWNER(S) NAMED ON THE FACE OF THIS CERTIFICATE TO THE FOLLOWING PERSON(S). ADDRESS MUST BE INCLUDED.

GSKI GROUP LLC

16192 COASTAL HWY, LEWES, DE 19958

IF SOLD (TRANSFERRED) TO MORE THAN ONE PERSON, THE PURCHASER(S)/TRANSFEREE(S) ARE TENANTS IN COMMON, EACH OWNING AN EQUAL UNDIVIDED INTEREST, UNLESS OTHERWISE INDICATED HEREIN: CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW ANOTHER FORM OF OWNERSHIP.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP ☐ TENANCY BY THE ENTIRETIES ☐ COMMUNITY PROPERTY

☐ OTHER

SIGNATURE OF SELLER(S)/TRANSFEROR(S) OR PERSONS SIGNING ON BEHALF OF SELLER(S)/TRANSFEROR(S):

*Robert Nelson   Amanda Nelson 6/28/17   6/28/2017*

DATE SIGNED:

NAME(S) OF PERSON(S) SIGNING ABOVE, AND LEGAL CAPACITY IN WHICH SIGNED (E.G. OWNER, AGENT, TRUSTEE, EXECUTOR)

*Robert Nelson  owners  AMANDA Nelson*

ACKNOWLEDGMENT (TO BE COMPLETED BY NOTARY PUBLIC OR OTHER OFFICIAL AUTHORIZED BY A LAW OR A STATE OR THE UNITED STATES TO TAKE OATHS.)

ON 28 June 2017 THE PERSON(S) NAMED
(DATE)

*Robert Alden Nelson*

ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY(IES) FOR THE PURPOSES THEREIN CONTAINED.

STATE: Maryland

COUNTY: Anne Arundel

SHAJUANIA STOVALL
Notary Public
Anne Arundel County
NOTARY PUBLIC Maryland
MY COMMISSION EXPIRES:
My Commission Expires June 06, 2019

**PRIVACY ACT STATEMENT**

IN ACCORDANCE WITH 5 USC 552(A), THE FOLLOWING INFORMATION IS PROVIDED TO YOU WHEN SUPPLYING PERSONAL INFORMATION TO THE U.S. COAST GUARD:

1. AUTHORITY. SOLICITATION OF THIS INFORMATION IS AUTHORIZED BY 46 USC CHAPTER 313 AND 46 CFR, PART 67.

2. THE PRINCIPAL PURPOSES FOR WHICH THIS INSTRUMENT IS TO BE USED ARE:

   (A) TO PROVIDE A RECORD, AVAILABLE FOR PUBLIC INSPECTION AND COPYING, OF THE SALE OR OTHER CHANGE IN OWNERSHIP OF A VESSEL WHICH IS DOCUMENTED, WILL BE DOCUMENTED, OR HAS BEEN DOCUMENTED PURSUANT TO 46 USC, CHAPTER 121.
   (B) RETENTION FOR EXAMINATION BY GOVERNMENTAL AUTHORITIES AND MEMBERS OF THE GENERAL PUBLIC.

3. THE ROUTINE USE WHICH MAY BE MADE OF THIS INFORMATION INCLUDES DEVELOPMENT OF STATISTICAL DATA CONCERNING DOCUMENTED VESSELS.

4. DISCLOSURE OF THE INFORMATION REQUESTED ON THIS FORM IS VOLUNTARY. HOWEVER, FAILURE TO PROVIDE THE INFORMATION COULD PRECLUDE FILING OF A BILL OF SALE AND DOCUMENTATION OF THE VESSEL NAMED HEREIN PURSUANT TO 46 USC CHAPTER 121. MOREOVER, BILLS OF SALE WHICH ARE NOT FILED ARE NOT DEEMED TO BE VALID AGAINST ANY PERSON HAVING ACTUAL KNOWLEDGE OF THE SALE. (46 USC 31321 (A)).

AN AGENCY MAY NOT CONDUCT OR SPONSOR, AND A PERSON IS NOT REQUIRED TO RESPOND TO A COLLECTION OF INFORMATION UNLESS IT DISPLAYS A VALID OMB CONTROL NUMBER.

THE COAST GUARD ESTIMATES THAT THE AVERAGE BURDEN FOR THIS FORM IS 20 MINUTES FOR COMPLETING AND 5 MINUTES FOR FILING. YOU MAY SUBMIT ANY COMMENTS CONCERNING THE ACCURACY OF THIS BURDEN ESTIMATE OR ANY SUGGESTIONS FOR REDUCING THE BURDEN TO: U.S. COAST GUARD, NATIONAL VESSEL DOCUMENTATION CENTER, 792 T J JACKSON DRIVE, FALLING WATERS, WEST VIRGINIA 25419 OR OFFICE OF MANAGEMENT AND BUDGET, PAPERWORK REDUCTION PROJECT (1625-0027), WASHINGTON, DC 20503.

ACT-2017-09-002124-0090   AQ   521644722419   Page 3 of 46   Attachment:
COD-SEAHAWK

DHS, USCG, CG-1270 (REV. 06-04)



# UNITED STATES OF AMERICA

OMB APPROVED
1625-0027

### DEPARTMENT OF HOMELAND SECURITY
### UNITED STATES COAST GUARD

## NATIONAL VESSEL DOCUMENTATION CENTER

# *CERTIFICATE OF DOCUMENTATION*

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| MANAJE III | 1192154 | BL2A21EU1798 | UNKNOWN |

| HAILING PORT | HULL MATERIAL | MECHANICAL PROPULSION |
|---|---|---|
| CHICAGO IL | FRP (FIBERGLASS) | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 12 GRT | 12 NRT | 40.0 | 12.0 | 4.0 |

**PLACE BUILT**
UNKNOWN

**OWNERS**
GSKI GROUP LLC
COMPRISED OF ONE MEMBER

**OPERATIONAL ENDORSEMENTS**
RECREATION

**MANAGING OWNER**
GSKI GROUP LLC
████████████ ██ █
16192 COASTAL HWY
LEWES DE 19958

**RESTRICTIONS**
NO COASTWISE - BUILD EVIDENCE NOT PRESENTED;
NO FISHERY - BUILD EVIDENCE NOT PRESENTED

**ENTITLEMENTS**
NONE

**GOVERNMENT EXHIBIT**
COD 12/14/17

**REMARKS**
NONE

**ISSUE DATE**
DECEMBER 14, 2017

**THIS CERTIFICATE EXPIRES**
DECEMBER 31, 2018

*Christen H. Walden*

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

Attachment 8
COD dated 05/23/2019

PREVIOUS EDITION OBSOLETE, THIS CERTIFICATE MAY NOT BE ALTERED

This certificate is not valid for operation of the vessel until the vessel is marked with the name, official number, and hailing port as shown on the certificate. The original certificate must be kept aboard the vessel at all times when in operation and must be presented upon the demand of federal, state or local officials for law enforcement purposes. Vessels with only a recreational endorsement may not engage in commercial trade.

Documented vessels may be registered by states for tax and other purposes and may be required to display a state decal. This certificate is valid for one year. Renewal is the responsibility of the owner. This certificate must be surrendered to the National Vessel Documentation Center (NVDC), 792 T J Jackson Drive, Falling Waters, West Virginia 25419, upon a change in ownership, change in state of incorporation, or a change in any other element shown on the certificate other than change of address. This certificate is invalid for any vessel other than one documented solely for recreation when the vessel is placed under the command of a person who is not a citizen of the U.S. The vessel and its equipment are liable to seizure and forfeiture to the U.S. government and the owner is liable for a civil penalty of not more than $10,000.00 per violation. Each day of a continuing violation is a separate violation.

Any change in address of the managing owner must be reported promptly to the NVDC. You may contact us at (304) 271-2400.

**Note:** The certificate on the face of this document is not conclusive evidence of title in any proceeding where ownership is in issue. Complete records are on file at the NVDC. The sale or transfer section below is provided for convenience only.

## SALE OR TRANSFER OF VESSEL

100% OF THE VESSEL IDENTIFIED HEREIN IS SOLD (TRANSFERRED) BY THE OWNER(S) NAMED ON THE FACE OF THIS CERTIFICATE TO THE FOLLOWING PERSON(S). ADDRESS MUST BE INCLUDED.

LUPOLE LLC

16192 Coastal HWY, LEWES, DE 19958

IF SOLD (TRANSFERRED) TO MORE THAN ONE PERSON, THE PURCHASER(S)/TRANSFEREE(S) ARE TENANTS IN COMMON, EACH OWNING AN EQUAL UNDIVIDED INTEREST, UNLESS OTHERWISE INDICATED HEREIN: CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW ANOTHER FORM OF OWNERSHIP.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP ☐ TENANCY BY THE ENTIRETIES ☐ COMMUNITY PROPERTY

☐ OTHER

SIGNATURE OF SELLER(S)/TRANSFEROR(S) OR PERSONS SIGNING ON BEHALF OF SELLER(S)/TRANSFEROR(S):

GSKI GROUP LLC

DATE SIGNED: 5/23/19

NAME(S) OF PERSON(S) SIGNING ABOVE, AND LEGAL CAPACITY IN WHICH SIGNED (E.G. OWNER, AGENT, TRUSTEE, EXECUTOR)

GSKI GROUP LLC

ACKNOWLEDGMENT (TO BE COMPLETED BY NOTARY PUBLIC OR OTHER OFFICIAL AUTHORIZED BY A LAW OR A STATE OR THE UNITED STATES TO TAKE OATHS.)

ON May 23, 2019 THE PERSON(S) NAMED
     (DATE)

STATE: Illinois

COUNTY: Cook

ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY(IES) FOR THE PURPOSES THEREIN CONTAINED.

Barbara Baity Weary
NOTARY PUBLIC
MY COMMISSION EXPIRES: 12/01/2019

OFFICIAL SEAL
BARBARA BAITY WEARY
Notary Public - State of Illinois
My Commission Expires Dec 1, 2019

## PRIVACY ACT STATEMENT

IN ACCORDANCE WITH 5 USC 552(A). THE FOLLOWING INFORMATION IS PROVIDED TO YOU WHEN SUPPLYING PERSONAL INFORMATION TO THE U.S. COAST GUARD:

1. AUTHORITY. SOLICITATION OF THIS INFORMATION IS AUTHORIZED BY 46 USC CHAPTER 313 AND 46 CFR, PART 67.

2. THE PRINCIPAL PURPOSES FOR WHICH THIS INSTRUMENT IS TO BE USED ARE:

   (A) TO PROVIDE A RECORD, AVAILABLE FOR PUBLIC INSPECTION AND COPYING, OF THE SALE OR OTHER CHANGE IN OWNERSHIP OF A VESSEL WHICH IS DOCUMENTED, WILL BE DOCUMENTED, OR HAS BEEN DOCUMENTED PURSUANT TO 46 USC, CHAPTER 121.
   (B) RETENTION FOR EXAMINATION BY GOVERNMENTAL AUTHORITIES AND MEMBERS OF THE GENERAL PUBLIC.

3. THE ROUTINE USE WHICH MAY BE MADE OF THIS INFORMATION INCLUDES DEVELOPMENT OF STATISTICAL DATA CONCERNING DOCUMENTED VESSELS.

4. DISCLOSURE OF THE INFORMATION REQUESTED ON THIS FORM IS VOLUNTARY. HOWEVER, FAILURE TO PROVIDE THE INFORMATION COULD PRECLUDE FILING OF A BILL OF SALE AND DOCUMENTATION OF THE VESSEL NAMED HEREIN PURSUANT TO 46 USC CHAPTER 121. MOREOVER, BILLS OF SALE WHICH ARE NOT FILED ARE NOT DEEMED TO BE VALID AGAINST ANY PERSON HAVING ACTUAL KNOWLEDGE OF THE SALE. (46 USC 31321 (A)).

AN AGENCY MAY NOT CONDUCT OR SPONSOR, AND A PERSON IS NOT REQUIRED TO RESPOND TO A COLLECTION OF INFORMATION UNLESS IT DISPLAYS A VALID OMB CONTROL NUMBER.

THE COAST GUARD ESTIMATES THAT THE AVERAGE BURDEN FOR THIS FORM IS 20 MINUTES FOR COMPLETING AND 5 MINUTES FOR FILING. YOU MAY SUBMIT ANY COMMENTS CONCERNING THE ACCURACY OF THIS BURDEN ESTIMATE OR ANY SUGGESTIONS FOR REDUCING THE BURDEN TO: U.S. COAST GUARD, NATIONAL VESSEL DOCUMENTATION CENTER, 792 T J JACKSON DRIVE, FALLING WATERS, WEST VIRGINIA 25419 OR OFFICE OF MANAGEMENT AND BUDGET, PAPERWORK REDUCTION PROJECT (1625-0027), WASHINGTON, DC 20503.

ACT-2017-09-002124-90   AQ   519506222419   Attachment:
COD dated 05/23/2019



| 1. OFFICE: |
| --- |
| CGIS Resident Agent Office Chicago |

| 2. TITLE:<br>(S) Christopher M. Garbowski Phone | 3. CCN:<br>CSE-2017-09-001645 | 4. CONTROL AGENT'S NAME:<br>S/A Asher Thomas |
| --- | --- | --- |

| 5. SUMMARY/DESCRIPTION:<br>Digital image depicting (S) Garbowski's cell phone, which was located on the operator console for the vessel: P/C MANAJE III (currently named: P/C ANCHORMAN). | 6. PHOTOGRAPHER/ DATE PHOTO TAKEN:<br>S/A Allison Schloss<br>06/29/2019 |
| --- | --- |

**GOVERNMENT EXHIBIT**

6/29/19 Photos

## COAST GUARD INVESTIGATIVE SERVICE
## PHOTOGRAPH TITLING LOG



| | | |
|---|---|---|
| **1. OFFICE:**<br>CGIS Resident Agent Office Chicago | | |
| **2. TITLE:**<br>(S) Christopher M. Garbowski Phone | **3. CCN:**<br>CSE-2017-09-001645 | **4. CONTROL AGENT'S NAME:**<br>S/A Asher Thomas |
| **5. SUMMARY/DESCRIPTION:**<br>Digital image depicting (S) Garbowski's cell phone, which was located on the operator console for the vessel: P/C MANAJE III (currently named: P/C ANCHORMAN). The cell phone was in a case, which also contained (S) Garbowski's State of Michigan Driver's License and a Visa card. | | **6. PHOTOGRAPHER/ DATE PHOTO TAKEN:**<br><br>S/A Anthony J. Lewandowski<br><br>06/29/2019 |





GOVERNMENT
EXHIBIT
Garlich Contract

## Boat Rental Agreement and Release



| Renter's Name | JILL GARLICH | Renter's Phone | |
|---|---|---|---|
| Renter's Birth Date | | Renter's Email | |
| Renter's Address | | | |

Boat Owner agrees to rent the following boat (the "Boat") to Renter, upon the condition that Renter agrees to all terms and conditions set forth below, including the release of claims, claims of guests, group members, or any associated persons, and evidences that agreement with his/her signature in the space provided.

| Boat Type | Bayliner Avanti 4085 | Boat Name | Sea Hawk |
|---|---|---|---|

The Boat shall be rented for the time period and additional hourly rate specified as follows:

| Date | 8/19/2017 | | |
|---|---|---|---|
| Time Out | 10:00 pm | Time In (Scheduled/Actual) | 3:00 pm |
| SECURITY DEPOSIT | $500 | Total Hours | 5 |

READ THE FOLLOWING SECTIONS FULLY AND CAREFULLY PRIOR TO SIGNING. THIS IS A LEGALLY VALID AND BINDING OBLIGATION TO RELEASE BOAT OWNER FROM ALL KNOWN AND UNKNOWN OBLIGATIONS, AND TO INDEMNIFY COMPANY AGAINST CLAIMS BROUGHT AGAINST IT BASED UPON USE OF THE BOAT. THIS INSTRUMENT AFFECTS IMPORTANT LEGAL RIGHTS.

**NON-DISCLOSURE:**
THIS CONTRACT IS CONFIDENTIAL AND SHALL NOT BE DISCLOSED WITH ANY PERSONS, AUTHORITIES, AGENCIES OR ANY OTHER PARTIES EXCEPT THE RENTER AND PASSENGERS. NEITHER PARTY SHALL ADVERTISE, PUBLICLY ANNOUNCE NOR OTHERWISE STATE THAT IT HAS ENTERED INTO A CONFIDENTIALITY AGREEMENT AND CHARTERING AGREEMENT WITH THE OTHER PARTY. WITHOUT LIMITING THE FOREGOING, NEITHER PARTY SHALL USE THE OTHER PARTY'S NAME OR NAMES OF ITS AFFILIATES OR REPRESENTATIVE IN ANY WEBSITE DISPLAYS OR OTHER MATERIALS. RECIPIENT ACKNOWLEDGES THAT (A) ANY BREACH OF THE PROMISES OR AGREEMENTS HEREIN MAY RESULT IN DAMAGE TO DISCLOSER FOR WHICH THERE WILL BE NO ADEQUATE REMEDY AT LAW, AND (B) IN THE EVENT OF BREACH, DISCLOSER SHALL BE ENTITLED TO SEEK INJUNCTIVE RELIEF AND/OR A DECREE FOR SPECIFIC PERFORMANCE, AND SUCH OTHER RELIEF AS MAY BE PROPER, INCLUDING MONETARY DAMAGES.
Renter Initials

**Terms and Conditions**



### Boat Rental Agreement and Release

1. <u>Assumption of Risk</u>. Renter acknowledges that the activities for which the Boat is designed include inherent dangers, including the risk of bodily injury and/or death. Renter assumes and accepts all risks associated with the use of the Boat.

Renter Initials

2. <u>Acceptable Use</u>. Renter agrees and acknowledges that he/she will be the sole operator of the boat, and will use the Boat in a careful, safe and conscientious manner. Renter shall at all times observe and adhere to any rules and guidelines posted by Boat Owner, and any applicable laws or regulations. Renter shall be responsible at all time for the safety of any and all passengers in the Boat.

3. <u>Prohibited Activities</u>. Renter shall not violate any of the following rules and regulations during his/her operation of the Boat:

- There is **no smoking** while in the Boat.
- Boat Owner reserves the right to inspect any coolers, bags or other containers belonging to the Renter or any of Renter's passengers.
- There are no pets permitted in the Boat.
- No flushing of anything other than the toilet paper provided down the toilet.

4. <u>Children</u>. Any children under the age of 12 in the boat must wear a life jacket at all times.

5. <u>Unsafe Use</u>. If at any time Boat Owner determines that Renter has engaged in an unsafe or hazardous use of the Boat, Boat owner may notify the Renter that rental is immediately terminated. Upon termination, Renter must return the Boat to the designated docking area immediately. If the rental is terminated for unsafe or hazardous use, Renter will not be refunded his/her security deposit or any other amounts including, Rental Amount. Boat Owner shall determine, in its sole discretion, whether any behavior or activity is "unsafe or hazardous."

6. <u>Condition of Boat upon Return</u>. The Renter shall vacate the Boat clean, free of garbage and debris, and in the same condition as it was in at beginning of trip, excepting ordinary wear and use. Renter shall be responsible for any damage caused to the Boat during the rental period. Boat Owner shall retain any portion (or all) of Renter's security deposit as necessary to cover repairs for such damages. To the extent that damages to the Boat exceed the amount of the security deposit, Renter shall be billed by Boat Owner for the full amount of damages caused by Renter during the rental period, including reasonable attorney's fees.

7. <u>Late Return</u>. If Renter returns the Boat to the designated docking area more than 30 minutes after the predetermined "Time In," Renter shall forfeit his/her security deposit.

8. <u>Cancellation Policy</u>: At least on week in advance on all trips.

*Boat Rental Agreement and Release - GSKI-JG-081917*
CONFIDENTIAL

# Gski Group

## Boat Rental Agreement and Release

Less than one week will be subject to 50% forfeit: No shows will result in 100% forfeit of rental amount. A cancellation called by Owner due to weather or mechanical problems will create either a deposit credited toward another date or a refund request. A trip terminated by the Owner due to the weather once the rental has commenced will not be entitled to a refund if the Renter agreed to leave the dock. If weather advisory restricts voyage on water, rental amount will be refunded, but security deposit will be forfeited.

9. <u>WAIVER/RELEASE OF LIABILITY:</u> By the execution of this Release, the undersigned voluntarily releases, forever discharges and agrees to indemnify and hold harmless Gski Group LLC and its associates from any and all liability of any nature for any and all injury or damage arising from personal injuries sustained by the undersigned or any minor children under the undersigned's custody, care, and control, as a result of any and all activities related to the rental, operation, or use of equipment provided regardless of the cause. The undersigned assumes full responsibility for any such injuries or damages, which may occur, and further agrees that Sea Hag Marina, Inc. shall not be liable for any loss or theft of personal property. The undersigned specifically agrees that Gski Group LLC shall not be responsible for such injuries, damages, loss or theft. EVEN IN THE EVENT OF NEGLIGENCE OR FAULT BY Gski Group LLC whether such negligence is present at the signing of this Release or takes place in the future.
Initial: _____

10. <u>LIABILITY TO THIRD PARTIES:</u> The undersigned hereby agrees that he/she will indemnify and hold harmless Gski Group LLC for all personal injuries, property damages, or any other damages to any and all third parties, including but not limited to, operators and passengers of other watercraft and minor children under the undersigned's custody, care, and control as a result of any and all activities related to the rental, operation, or use of equipment provided by Gski Group LLC, even if such damages arise out of the negligence or fault of Gski Group LLC.
Initial: _____

11. <u>ACKNOWLEDGEMENT OF BOAT RENTAL AGREEMENT AND RELEASE:</u> The undersigned states that he/she has had sufficient time to review the Boat Rental Agreement and Release and to ask any questions associated with said Release. The undersigned further states that he/she has carefully read the foregoing Boat Rental Agreement and Release, knows the contents thereof, and has signed this Release as his/her own free act. The undersigned further warrants that he/she is fully aware that he/she is waiving any right he/she may have to bring a legal action to assert a claim against Gski Group LLC for any negligence's, which may include injuries and/or deaths.
Initial: _____

Renter has read and understands all of the terms, conditions and rules set forth above, and agrees to all terms without reservation.

*Boat Rental Agreement and Release - GSKI-JG-081917*
CONFIDENTIAL



# Gski Group

## Boat Rental Agreement and Release

---

**RENTER**

JILL GARLICH
*Print Name*

*Jill Garlich*
*Signature*

_____
*Date*

| | |
|---|---|
| Passenger Name: JOANIE GARLICH<br>Signature: _____ | Passenger Name: Jill Garlich<br>Signature: _____ |
| Passenger Name: CArolyn Overbeck<br>Signature: _____ | Passenger Name: Ashleigh Johnson<br>Signature: _____ |
| Passenger Name: Jackie Francis<br>Signature: _____ | Passenger Name: Julia GArlich<br>Signature: _____ |
| Passenger Name: Addison Anthony<br>Signature: _____ | Passenger Name: Laurie Stafford<br>Signature: _____ |
| Passenger Name: Brooke Oliver<br>Signature: _____ | Passenger Name: _____<br>Signature: _____ |
| Passenger Name: Ellie Gilbert<br>Signature: _____ | Passenger Name: _____<br>Signature: _____ |
| Passenger Name: Sydney Stipanovich<br>Signature: _____ | Passenger Name: _____<br>Signature: _____ |

---

**OWNER**

_____
*Print Name*

_____
*Signature*

_____
*Date*

*Boat Rental Agreement and Release - GSKI-JG-081917*
CONFIDENTIAL



**Boat Rental Agreement and Release**

## THIS PAGE IS INTENTIONALLY BLANK TO ALLOW FOR CORRECTIONS OR ADDITIONS AT A LATER DATE

*Boat Rental Agreement and Release - GSKI-JG-081917*
CONFIDENTIAL

# BOARDING REPORT

| DATE | | | BOARDING TIME (24 HR) | CASE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| MO | DY | YR | | |
| 0 8 | 1 9 | 1 7 | 1 0 2 4 | |

**VESSEL**

| VESSEL NUMBER | VESSEL NAME | HULL IDENTIFICATION NUMBER |
|---|---|---|
| B L 2 A 2 1 E N | S E A   H A W K | |

| MAKE | | | | TYPE OF BOAT | 1 Open M/B | 3 Sail | 5 Canoe/Kay. | 7 Inflatable |
|---|---|---|---|---|---|---|---|---|
| B A Y L I N E R | | | | | ② Cabin M/B | 4 Rowboat | 6 Houseboat | 8 Other (Spec.) |
| MODEL | | YEAR | POB / PFDS | PROPULSION | 1 Outboard | 3 Inbrd Diesel | Jet Drive | 9 Manual |
| A V A N T I | | 9 8 | Adult 0 / Adult 13 | | ① Inbrd Gas | 4 Inbrd/Outbrd | 6 Sail only | 8 Other (Spec.) |
| NET TONS | FEET | INCHES | Horsepower | MATERIAL | 1 Wood | 3 Steel | 5 Rubber | 7 Other (Spec.) |
| 1 2 | 4 0 | | 6 2 0 | | 2 Aluminum | ④ Fiberglass | 6 Cement | 8 Unkown |
| USE ① Commercial  2 Pleasure  3 Passenger | | Child | Child | FLAG U S | ENGINE CMPRTMNT | 1 Open | 2 Closed (Fuel/Electrical & Ventilation reg.) |
| | | | | | FUEL CMPRTMNT | 1 Open | ② Closed (Fuel/Electrical & Ventilation reg.) |
| | | | | | CONSTRUCTION | 1 Open | ③ Closed (Fuel/Electrical reg.) |

**OWNER**

| OWNER NAME (LAST, FIRST, MIDDLE INIT.) | 1 MR  2 MS. | | 1 OWNER WAS OPERATOR |
|---|---|---|---|
| C H R I S T O P H E R   M I K E   G R A B O W S K I | | | 2 OWNER ON BOARD NOT OPERATOR |
| ADDRESS | | | 3 OWNER NOT ON BOARD |
| | | | R RENTAL BOAT |
| S T E R L I N G   H E I G H T S | STATE M I | ZIP 4 8 3 1 3 | +4 |
| SSN | DRIVER'S LICENSE NO. | STATE M I | BIRTH DATE |

**OPERATOR**

| OPERATOR NAME (LAST, FIRST, MIDDLE INIT.) | 1 MR  2 MS. | | OPERATOR COURSES |
|---|---|---|---|
| S A M E | | | 0 NONE   4 RED CROSS |
| ADDRESS | | | ① CG   5 PUBLIC SCHOOL |
| | | | 2 CGAUX   6 STATE/COUNTY |
| CITY | STATE | ZIP   +4 | 3 USPS   7 OTHER |
| | | | TELEPHONE NO. |
| SSN | DRIVER'S LICENSE NO. | STATE | BIRTH DATE MO DY YR | OPERATOR AGE, IF UNDER 18 |

**OBSERVED IN USE**

| BODY OF WATER | ACTIVITY | 1 INLAND RULES | 2 COLREGS |
|---|---|---|---|
| L A K E   M I C H I G A N | M O O R E D | LAT: | LONG: |
| CITY | STATE | DETAILED LOCATION | |
| C H I C A G O | I L | M O N R O E   H A R B O R | |

| | VIOLATION (See Procedures reverse side, para. 1) | CITATION | | VIOLATION (See Procedures reverse side, para. 1) | CITATION |
|---|---|---|---|---|---|
| 101 | Numbering | 33 CFR 173 | 120 | Intoxicated Operation | 46 USC 2302(c) |
| 102 | Certificate | 33 CFR 173 | 121 | Failure To Terminate | 33 CFR 177.05 |
| 103 | Document/Official Number | 46 CFR 67.45 | X | Other (Specify) 46 CFR SUBCH. T | |
| 104 | Personal Flotation Device | 33 CFR 175/46 CFR 25.25 | 123 | Other (Specify) VESSEL ISSUED COTP ORDER 11-17 | |
| 105 | Sound Producing Device | 33 USC 2033/COLREGS 33 | 124 | Other (Specify) TO CEASE COMMERCIAL OPERATIONS | |
| 106 | Bell | 33 USC 2033/COLREGS 33 | 125 | Other (Specify) | |
| 107 | Fire Extinguisher | 46 CFR 25.30 | | UNSAFE CONDITION | CITATION |
| 108 | Backfire Flame Control | 46 CFR 25.35 | 126 | Unsafe conditions creating especially hazardous conditions. Terminated use. | 46 USC 4308/33 CFR 177.01 |
| 109 | Ventilation | 46 CFR 25.40/33 CFR 175.201 | 127 | Corrected on the spot | |
| 110 | Marine Sanitation Devices | 33 CFR 159.7 | 128 | Overloaded | |
| 111 | Installed Toilet & No MSD Installed | 33 CFR 151.57 | 129 | Manifestly Unsafe Voyage | |
| 112 | Pollution Placard Not Posted | 33 CFR 155.450 | 130 | Accumulation of Fuel in Bilges | |
| 113 | Garbage Placard Not Posted | 33 CFR 151.59 | 131 | Fuel Leak - Engine or Fuel Syst | |
| 114 | Waste Mgmnt Plan, Vsls ≥ 40 ft | 33 CFR 151.57 | 132 | Hazardous Bars (CGD13 only) | |
| 115 | FCC SSL Not Posted/Available | 47 CFR 80.405 | X | No Violation | |
| 116 | Operation w/o FCC SSL | 47 CFR 80.405 | 134 | Warning Issued (see reverse) | |
| 117 | Nav./Anchor Lts. | SUNRISE/SET (2 HR) | 33 USC 2020/COLREGS 20 | 135 | USCG AUX CME DECAL | YES  NO  YR |
| 118 | Visual Distress Signals | 33 CFR 175.110 | 136 | Law Enforcement Action Taken | |
| 119 | Negligent/Gross Negligent Operation | 46 USC 2302(a)/(b) | | | |

**GOVERNMENT EXHIBIT**
8/19/17 Boarding

| DIST 9 | UNIT SECTOR LAKE MICHIGAN | TELEPHONE NO. | BOARDING OFFICER'S NAME (Print) ME1 Knight | RANK/RATE ME1 |
|---|---|---|---|---|
| DEPT. OF HOMELAND SECURITY UNITED STATES COAST GUARD CG-4100 (Rev. 10-05) | Form CO-4100S Prepared Y / N | | BOARDING OFFICER'S SIGNATURE | |

Previous edition is obsolete

**BOATING SAFETY HOTLINE (800) 368-5647**

PAGE 1



# Activity Summary Report

| | |
|---|---|
| MISLE Activity ID: | 6343835 |
| Activity Type: | Boarding |
| Title/Description: | SLM 020-17 |
| Status: | Open - In Progress |
| Point Of Contact: | LT Woods |
| Owning Unit: | Marine Safety Unit Chicago |
| Originating Unit: | Sector Lake Michigan |
| Start Date/Time: | 19AUG2017 10:24Z |
| End Date/Time: | |
| Prompt Date: | |
| Team Lead: | KNIGHT, TOBY DAVID |

## Vessel Information:

| Vessel Name: | Call Sign: | Flag: |
|---|---|---|
| MANAJE III | | UNITED STATES |
| Classification: | Primary VIN: | Length: |
| Recreational - General - General | 1192154 | 40.0 |
| ITC/Convention (Subpart B): | Regulatory (Subpart C or D): | Year Completed: |
| Engine Compartment In An Open Space: | Fuel Compartment In An Open Space: | Vessel Constructed Of All Open Spaces: |
| No | No | No |
| Propulsion System Type: | | |

### Vessel Associated Parties:

| Name: | Type: | Role: |
|---|---|---|
| GSKI GROUP LLC | Organization | Managing Owner |
| Address: | | |

16192 COASTAL HWY
LEWES, DELAWARE  19958

## Inspection Results:

| System: | Inspection Results: | Date: |
|---|---|---|
| Documentation | Inspected With Deficiencies Noted | 19AUG2017 |

## Deficiencies:

| Item Number: | Due Date: | Issued Date: | Resolved Date: |
|---|---|---|---|
| 1 | | 19AUG2017 | |
| System: | Subsystem: | Component: | Worklist Item/Do Not Show In PSIX: |
| Documentation | Certificates/Documents | Certificate of Inspection | |

**Description:**
Vessel issued COTP order 11-17 for operating illegal charter.

## Narrative:

On 19Aug17 boarding team boarded the motor vessel SEA HAWK as part of targeted illegal charter operations on suspicion of operating as an illegal charter. During the boarding, the BO who was Officer Knight suspected that the boat was operating as an illegal. LT Woods verified the vessel as operating as an illegal charter and issued Sector Lake Michigan Captain of the Port Order 11-17 verbally, thereby terminating the vessel's voyage. COTP order issued via CGIS to vessel owner at a later date. No other deficiencies was issued.

//s//Mohler,Renee,D.,/ME2//

## Unit Operating Information:

**TACON:**

District 9 - Sector Lake Michigan

**Mission Type:** | **Resource Type:** | **Encounter Type:**

Recreational Boating Safety | GVEH - GOV'T VEHICLE | Cold Hit

## Location(s):

| Latitude: | Longitude: | Recorded Date/Time: | Description: |
|---|---|---|---|
| 41°53.0 N | 087°39.8 W | 19AUG2017 10:24Z | Chicago, IL Monro Harbor |

## Vessel Operating Information:

**Observed Vessel Activity:**

MOORED

**Vessel Use:**

Commercial

**Navigation Rules:**

Inland Rules

**Course (degrees):** | **Speed (knots):**

**Adult POB:** | **Adults Wearing PFDs:** | **Children POB:** | **Children Wearing PFDs:**

## Boarding Details

**Security Boarding Conducted?**

No

**Boarding Authority - Specific Authority:**

-

## Associated Parties:

**Name:** | **Type:** | **Role :**

Grabowski, Christopher Mike | Individual | Owner

**Address:**

███████ STERLING HEIGHTS, MICHIGAN 48313

## Use Of Force:

**Alcohol Involved:** | **Vessel Stopped:**

Assisting Agencies: (None)

Fisheries: (None)

Drugs Summary: (None)

## Migrant Interdiction Summary:

**Spotted/Notified By:** | **Relatives Brought In By MEDEVACS:** | **Known Deaths:** | **Smuggling:**

**Transit Route:** | **MEDAVACS:** | **Conveyance:**

## Migrant Details:

| Nationality: | | Gender: | Age Group | Sent To: | |
|---|---|---|---|---|---|
| | Interdicted: | Interdicted Ashore: NO | Landed: | Dead: | Aborted: |

Weapons: (None)

TWIC Details: (None)

## Radiation Details:

| Radiation: | No Radiation Detected |
|---|---|

## Outcome:

| Safety Violation Action: | LMR Violation Action: | Summary Settlement Amount: | | Vessel Seized? |
|---|---|---|---|---|
| Violation Issued | No Violations | | | NO |

Operational Controls: (None)

## Log:

| Effective Date: | Description/New Value: | Logged By Unit: | Logged By: |
|---|---|---|---|
| 25JAN2018 | Activity Type: Boarding | Sector Lake Michigan | Mohler, Renee D |
| 25JAN2018 | Involved Personnel Point Of Contact: No | Sector Lake Michigan | Mohler, Renee D |
| 25JAN2018 | Involved Personnel Point Of Contact: Yes | Sector Lake Michigan | Mohler, Renee D |
| 25JAN2018 | Owning Unit: Marine Safety Unit Chicago | Marine Safety Unit Chicago | Mohler, Renee D |
| 25JAN2018 | Owning Unit: Sector Lake Michigan | Sector Lake Michigan | Mohler, Renee D |
| 25JAN2018 | Point Of Contact: LT Woods | Sector Lake Michigan | Mohler, Renee D |
| 25JAN2018 | Start Date: 8/19/2017 10:24:00 AM | Sector Lake Michigan | Mohler, Renee D |
| 25JAN2018 | Status/Subtype: Open/In Progress | Sector Lake Michigan | Mohler, Renee D |
| 25JAN2018 | Title: SLM 020-17 | Sector Lake Michigan | Mohler, Renee D |
| 25JAN2018 | Transfer Reason: Completion | Marine Safety Unit Chicago | Mohler, Renee D |
| 25JAN2018 | Vessel: MANAJE III | Sector Lake Michigan | Mohler, Renee D |

## Documents:

| Name: | Type: | Description: |
|---|---|---|
| SEA HAWK (2) | Documentary Evidence | 1149 |



**GSki Group**



GOVERNMENT
EXHIBIT

Hines Contract

Boat Rental Agreement and Release

| Renter's Name | LAURA HINES | Renter's Phone | ▮▮▮▮▮ |
| Renter's Birth Date | ▮▮▮▮▮ | Renter's Email | ▮▮▮▮▮ |
| Renter's Address | ▮▮▮▮▮ | | |

Boat Owner agrees to rent the following boat (the "Boat") to Renter, upon the condition that Renter, and Passengers, agree to all terms and conditions set forth below, including the release of claims, claims of guests, group members, or any associated persons, and evidences that agreement with his/her signature in the space provided.

| Boat Type | Bayliner Avanti 4085 | Boat Name | Sea Hawk |

The Boat shall be rented for the time period and additional hourly rate specified as follows:

| Date | 8/19/2017 | | |
| Start Time | 3:30 pm – 8/19/17 | Return Time (Scheduled/Actual) | 8:30 pm |
| SECURITY DEPOSIT | $500 (Refundable) | Overnight Stay | No |
| RENTAL AMOUNT | $1,800 | Check Out | N/A |

READ THE FOLLOWING SECTIONS FULLY AND CAREFULLY PRIOR TO SIGNING. THIS IS A LEGALLY VALID AND BINDING OBLIGATION TO RELEASE BOAT OWNER FROM ALL KNOWN AND UNKNOWN OBLIGATIONS, AND TO INDEMNIFY COMPANY AGAINST CLAIMS BROUGHT AGAINST IT BASED UPON USE OF THE BOAT. THIS INSTRUMENT AFFECTS IMPORTANT LEGAL RIGHTS.

**NON-DISCLOSURE:**
THIS CONTRACT IS CONFIDENTIAL AND SHALL NOT BE DISCLOSED WITH ANY PERSONS, AUTHORITIES, AGENCIES OR ANY OTHER PARTIES EXCEPT THE RENTER AND PASSENGERS. NEITHER PARTY SHALL ADVERTISE, PUBLICLY ANNOUNCE, OR OTHERWISE STATE THAT IT HAS ENTERED INTO A CONFIDENTIALITY AGREEMENT WITH THE OTHER PARTY. WITHOUT LIMITING THE FOREGOING, NEITHER PARTY SHALL USE THE OTHER PARTY'S NAME OR NAMES OF ITS AFFILIATES OR REPRESENTATIVE IN ANY WEBSITE DISPLAYS OR OTHER MATERIALS.
RECIPIENT ACKNOWLEDGES THAT (A) ANY BREACH OF THE PROMISES OR AGREEMENTS HEREIN MAY RESULT IN DAMAGE TO DISCLOSER FOR WHICH THERE WILL BE NO ADEQUATE REMEDY AT LAW, AND (B) IN THE EVENT OF BREACH, DISCLOSER SHALL BE ENTITLED TO SEEK INJUNCTIVE RELIEF AND/OR A DECREE FOR SPECIFIC PERFORMANCE, AND SUCH OTHER RELIEF AS MAY BE PROPER, INCLUDING MONETARY DAMAGES.

*Boat Rental Agreement and Release - GSKI-LH-081917*
CONFIDENTIAL



## Boat Rental Agreement and Release

**Terms and Conditions**

1. <u>Assumption of Risk</u>. Renter acknowledges that the activities for which the Boat is designed include inherent dangers, including the risk of bodily injury and/or death. Renter assumes and accepts all risks associated with the use of the Boat.
Renter Initials

2. <u>Acceptable Use</u>. Renter agrees and acknowledges that he/she will be the sole operator of the boat, and will use the Boat in a careful, safe and conscientious manner. Renter shall at all times observe and adhere to any rules and guidelines posted by Boat Owner, and any applicable laws or regulations. Renter shall be responsible at all time for the safety of any and all passengers in the Boat.

3. <u>Prohibited Activities</u>. Renter shall not violate any of the following rules and regulations during his/her operation of the Boat:

- There is **no smoking** while in the Boat.
- Boat Owner reserves the right to inspect any coolers, bags or other containers belonging to the Renter or any of Renter's passengers.
- There are no pets permitted in the Boat.
- No flushing of anything other than the toilet paper provided down the toilet.

4. <u>Children</u>. Any children under the age of 12 in the boat must wear a life jacket at all times.

5. <u>Unsafe Use</u>. If at any time Boat Owner determines that Renter has engaged in an unsafe or hazardous use of the Boat, Boat owner may notify the Renter that rental is immediately terminated. Upon termination, Renter must return the Boat to the designated docking area immediately. If the rental is terminated for unsafe or hazardous use, Renter will not be refunded his/her security deposit or any other amounts including, Rental Amount. Boat Owner shall determine, in its sole discretion, whether any behavior or activity is "unsafe or hazardous."

6. <u>Condition of Boat upon Return</u>. The Renter shall vacate the Boat clean, free of garbage and debris, and in the same condition as it was in at beginning of trip, excepting ordinary wear and use. Renter shall be responsible for any damage or theft caused to the Boat during the rental period. Boat Owner shall retain any portion (or all) of Renter's security deposit as necessary to cover repairs for such damages. To the extent that damages to the Boat exceed the amount of the security deposit, Renter shall be billed by Boat Owner for the full amount of damages caused by Renter during the rental period, including reasonable attorney's fees.

7. <u>Late Return</u>. If Renter returns the Boat to the designated docking area more than 30 minutes after the predetermined "Time In," Renter shall forfeit his/her security deposit.

*Boat Rental Agreement and Release - GSKI-LI1-081917*
CONFIDENTIAL

ACT-2017-09-002124-0078          Page 2 of 14          19AUG2017 DOCS – HINES



# Gski Group

### Boat Rental Agreement and Release

8. <u>Cancellation Policy:</u> At least on week in advance on all trips.
Less than one week will be subject to 50% forfeit: No shows will result in 100% forfeit of rental amount. A cancellation called by Owner due to weather or mechanical problems will create either a deposit credited toward another date or a refund request. A trip terminated by the Owner due to the weather once the rental has commenced will not be entitled to a refund if the Renter agreed to leave the dock. If weather advisory restricts voyage on water, rental amount will be refunded, but security deposit will be forfeited.

9. <u>WAIVER/RELEASE OF LIABILITY:</u> By the execution of this Release, the undersigned voluntarily releases, forever discharges and agrees to indemnify and hold harmless Gski Group LLC and its associates from any and all liability of any nature for any and all injury or damage arising from personal injuries sustained by the undersigned or any minor children under the undersigned's custody, care, and control, as a result of any and all activities related to the rental, operation, or use of equipment provided regardless of the cause. The undersigned assumes full responsibility for any such injuries or damages, which may occur, and further agrees that Sea Hag Marina, Inc. shall not be liable for any loss or theft of personal property. The undersigned specifically agrees that Gski Group LLC shall not be responsible for such injuries, damages, loss or theft. EVEN IN THE EVENT OF NEGLIGENCE OR FAULT BY Gski Group LLC, whether such negligence is present at the signing of this Release or takes place in the future.
Initial:

10. <u>LIABILITY TO THIRD PARTIES:</u> The undersigned hereby agrees that he/she will indemnify and hold harmless Gski Group LLC for all personal injuries, property damages, or any other damages to any and all third parties, including but not limited to, operators and passengers of other watercraft and minor children under the undersigned's custody, care, and control as a result of any and all activities related to the rental, operation, or use of equipment provided by Gski Group LLC, even if such damages arise out of the negligence or fault of Gski Group LLC.
Initial:

11. <u>ACKNOWLEDGEMENT OF BOAT RENTAL AGREEMENT AND RELEASE:</u> The undersigned states that he/she has had sufficient time to review the Boat Rental Agreement and Release and to ask any questions associated with said Release. The undersigned further states that he/she has carefully read the foregoing Boat Rental Agreement and Release, knows the contents thereof, and has signed this Release as his/her own free act. The undersigned further warrants that he/she is fully aware that he/she is waiving any right he/she may have to bring a legal action to assert a claim against Gski Group LLC for any negligence's, which may include injuries and/or deaths.
Initial:

11. <u>ELECTRONIC PAYMENTS:</u> The undersigned states that the payment he/she has made is irreversible, unless agreed upon in writing, and will not attempt to charge back or reverse any payments made in connection to the reservation.
Paypal email:
Venmo usernam
QuickPay email
Initial:

*Boat Rental Agreement and Release - GSKI-LH-081917*
CONFIDENTIAL



## Boat Rental Agreement and Release

Renter has read and understands all of the terms, conditions and rules set forth above, and agrees to all terms without reservation.

---

**RENTER**

LAURA HINES

*Print Name*

*Signature*

*Date*

Passenger Name: _____   Passenger Name: _____
Signature: _____   Signature: _____

Passenger Name: _____   Passenger Name: _____
Signature: _____   Signature: _____

Passenger Name: _____   Passenger Name: _____
Signature: _____   Signature: _____

Passenger Name: _____   Passenger Name: _____
Signature: _____   Signature: _____

Passenger Name: _____   Passenger Name: _____
Signature: _____   Signature: _____

Passenger Name: _____   Passenger Name: _____
Signature: _____   Signature: _____

Passenger Name: _____   Passenger Name: _____
Signature: _____   Signature: _____

---

**OWNER**

*Print Name*

*Signature*

*Date*

4 of 5

*Boat Rental Agreement and Release - GSKI-LH-081917*
CONFIDENTIAL

ACT-2017-09-002124-0078          Page 4 of 14          19AUG2017 DOCS – HINES



**Boat Rental Agreement and Release**

THIS PAGE IS INTENTIONALLY BLANK TO
ALLOW FOR CORRECTIONS OR ADDITIONS
AT A LATER DATE

*Boat Rental Agreement and Release - GSKI-LH-081917*
CONFIDENTIAL



**U.S. Department of
Homeland Security**

**United States
Coast Guard**

Captain of the Port
United States Coast Guard
Sector Lake Michigan

2420 S. Lincoln Memorial Drive
Milwaukee, WI 53207
Phone: (414) 747-7182
Fax: (414) 747-7883

16731
August 24, 2017

M/V SEA HAWK
Attn: Christopher Grabowski

Sterling Heights, MI 48313
GSKIGroup@gmail.com

### CAPTAIN OF THE PORT ORDER 11-17: M/V SEA HAWK, O.N. 1192154

On August 19, 2017 members of my staff, in the vicinity of Monroe Harbor, Chicago, IL, observed the M/V SEA HAWK, O.N. 1192154, operating with passengers for hire. The Coast Guard has no current record of your vessel being inspected as a small passenger vessel or being operated by an individual licensed by the Coast Guard for this vessel and route.

Title 46 United States Code (U.S.C.) § 3301(8) states that small passenger vessels are subject to inspection. Additionally, 46 U.S.C. § 8902, requires small passenger vessels be operated by an individual licensed by the Secretary to operate that type of vessel in the particular geographic area, under prescribed regulations. Furthermore, 46 U.S.C. § 8903, requires self-propelled, uninspected passenger vessels be operated by an individual licensed by the Secretary to operate that type of vessel, under prescribed regulations.

Therefore, M/V SEA HAWK, O.N. 1192154, is hereby ordered to immediately cease operations as a commercial passenger vessel until such time as it can be shown to the satisfaction of the Coast Guard that it is operated by an individual holding an appropriate license and is in compliance with all federal laws and regulations.

This order is given under the authority of Title 33 U.S.C. § 1223(b), effective August 19, 2017, and will remain in effect until rescinded by my office. To be released from operating restrictions of this letter, within 30 days from the date of this order, you shall notify my office in writing of your intention to operate as a commercial vessel. If you choose to operate as a small passenger vessel or uninspected passenger vessel, you will remain restricted from carrying passengers for hire until you comply with all applicable federal laws and regulations.

Failure to comply with this order may result in a civil penalty of not more than $90,063.00 pursuant to 33 U.S.C. § 1232(a), with each day of continued operation constituting a separate violation. Furthermore, a willful and knowing violation of this order under 33 U.S.C. § 1232(b) constitutes a Class D Felony which may expose you to a term of imprisonment not to exceed 10 years, and a fine not to exceed $250,000.00.



**GOVERNMENT
EXHIBIT**

8/24/17 COTP

Should you feel aggrieved by this order, you may request reconsideration to me directly. If I do not rescind this order based on your request, you may appeal my decision to the Commander, Ninth Coast Guard District. While any request of appeal is pending, all provisions of this order will remain in effect. Reconsideration requests or appeals must follow the procedures prescribed in Title 33, Code of Federal Regulations (CFR) § 160.7.

If you have any questions please contact our 24-hour watch at (414) 747-7182; fax (414) 747-7883.

Sincerely,

T. J. STUHLREYER

Copy: Commander, Ninth Coast Guard District (dp)

Acknowledgement of Receipt / Proof of Service (circle one):

Name: _____     Signature: _____

Title: _____     Place: _____

Date: _____     Time: _____

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

M/V SEA HAWK
Attn: Christopher Grabowski

Sterling Heights, MI 48313

9590 9402 2420 6249 8391 82

**2. Article Number** *(Transfer from service label)*

7016 2140 0000 5266 2370

PS Form **3811**, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X _____  ☐ Agent
                             ☐ Addressee

**B. Received by (Printed Name)**   **C. Date of Delivery**
                                      8/26/17

**D.** Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**3. Service Type**
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

**Certified Mail Fee**
$

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)      $ _____
- ☐ Return Receipt (electronic)    $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required       $ _____
- ☐ Adult Signature Restricted Delivery $ _____

**Postage**
$

**Total Postage and Fees**
$

**Sent To** Christopher Grabowski
**Street and** _____
**City, State, ZIP+4** Sterling Heights, MI 48313

M/V Sea Hawk
24 ACG 17
Postmark
Here
Capt of Port

PS Form **3800**, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

(vertical left margin: 7016 2140 0000 5266 2370)

M/V SEA HAWK
Christopher Garbowski
██████ ██████ ██████
Sterling Heights, MI 48313
GSKIGROUP@GMAIL.COM

Captain of the Port
United States Coast Guard
2420 S. Lincoln Memorial Drive
Milwaukee, WI 53207

September 18, 2017

**Captain Of The Port Order 11-17: M/V SEA HAWK, O.N. 1192154**

To whom it may concern:

I do have any intention on operating my vessel for commercial purposes.

On Aug 19, 2017, the USCG boarded my vessel and deemed it a commercial operation. This was not the case. I did not collect any payments or any form of monetary value from any passengers on my vessel. This is my first season of ownership and did not know all the liabilities of asking guests to pitch in for gas. I did not and was not physically collecting any money from any of my guests for chartering. I ask to please review and re-evaluate the fines assessed to M/V SEA HAWK, O.N. 1192154 and myself, Christopher Garbowski.

Sincerely

*C. N.*

Christopher Garbowski
██████████
GSKIGROUP@GMAIL.COM



GOVERNMENT
EXHIBIT

9/18/17 Letter

Mr. Garbowski,

Thank you for the follow up to clarify. We are reviewing your information and will be in touch. Please be advised, the Captain of the Port Order is still in force at this time.

Please let me know if you have any questions or concerns.

Thanks!

LT Kate Woods
Chief, Inspections Division
MSU Chicago
(630) 986-2156
katharine.a.woods@uscg.mil
http://www.atlanticarea.uscg.mil/Our-Organization/District-9/msuChicago/

-----Original Message-----
From: Mike Gski [mailto:gskigroup@gmail.com]
Sent: Tuesday, September 26, 2017 1:51 PM
To: Woods, Katharine A LT
Subject: [Non-DoD Source] Re: COTP Order 11-17: SEA HAWK, O.N. 1192154

Good afternoon LT Kate Woods,

My apologies for the unclear letter.
My opening statement, first line, was meant to read:
"I do not have any intention on operating my vessel for commercial purposes."

I am not in the business of chartering and if I ever do consider it, I will immediately contact you to apply for commercial status.

Sorry for the inconvenience and thank you for the follow up.

Sincerely,
Chris Garbowski

On Tue, Sep 26, 2017 at 12:54 PM, Woods, Katharine A LT
<Katharine.A.Woods@uscg.mil> wrote:



> Good afternoon Mr. Garbowski,
>
> I received your letter, (attached), and our office is considering your
> letter to be your official reply to the Captain of the Port Order issued to
> your vessel, the SEA HAWK. Your letter is a little unclear, so I am giving
> you information to cover your options.
>
> If your intention is to operate commercially in the future, please submit an

application for inspection (found here:
https://www.uscg.mil/forms/cg/CG_3752A.pdf
<https://www.uscg.mil/forms/cg/CG_3752A.pdf> ) to our office via this email
address: SMBMSUChicago@uscg.mil. This will start the process for you to
become a commercial passenger vessel that carries seven or more passengers.

If you would like to operate as a commercial passenger vessel that carries
six or fewer passengers, you can meet the requirements of an uninspected
vessel (46 CFR Subchapter C, the same regulations you need to meet already),
be manned by a credentialed captain with a license appropriate for your
vessel and the credentialed captain must be enrolled in a drug and alcohol
testing program. Please see the attached PDF for more information.

Please let me know what you would like to do, and/or if you have any further
questions or concerns. Thanks!

Best regards,

LT Kate Woods
Chief, Inspections Division
MSU Chicago
(630) 986-2156 <tel:%28630%29%20986-2156>
katharine.a.woods@uscg.mil
http://www.atlanticarea.uscg.mil/Our-Organization/District-9/msuChicago/
<http://www.atlanticarea.uscg.mil/Our-Organization/District-9/msuChicago/>

To request an inspection, please send an application for inspection to
SMBMSUChicago@uscg.mil at least two weeks ahead of your desired inspection
date, if possible.
Application for Inspection: https://www.uscg.mil/forms/CG/CG_3752.pdf
<https://www.uscg.mil/forms/CG/CG_3752.pdf>
Application for New Construction/New to Zone Vessel:

| From: | Woods, Katharine A LT |
|---|---|
| To: | "gskigroup@gmail.com" |
| Subject: | COTP Order 11-17: SEA HAWK, O.N. 1192154 |
| Date: | Tuesday, September 26, 2017 12:54:00 PM |
| Attachments: | CoP Order 11 17 MV Sea Hawk O.N. 1192154.pdf |
| | 20170901.UPV Placard.pdf |

Good afternoon Mr. Garbowski,

I received your letter, (attached), and our office is considering your letter to be your official reply to the Captain of the Port Order issued to your vessel, the SEA HAWK. Your letter is a little unclear, so I am giving you information to cover your options.

If your intention is to operate commercially in the future, please submit an application for inspection (found here: https://www.uscg.mil/forms/cg/CG_3752A.pdf) to our office via this email address: SMBMSUChicago@uscg.mil. This will start the process for you to become a commercial passenger vessel that carries seven or more passengers.

If you would like to operate as a commercial passenger vessel that carries six or fewer passengers, you can meet the requirements of an uninspected vessel (46 CFR Subchapter C, the same regulations you need to meet already), be manned by a credentialed captain with a license appropriate for your vessel and the credentialed captain must be enrolled in a drug and alcohol testing program. Please see the attached PDF for more information.

Please let me know what you would like to do, and/or if you have any further questions or concerns. Thanks!

Best regards,

LT Kate Woods
Chief, Inspections Division
MSU Chicago
(630) 986-2156
katharine.a.woods@uscg.mil
http://www.atlanticarea.uscg.mil/Our-Organization/District-9/msuChicago/

To request an inspection, please send an application for inspection to SMBMSUChicago@uscg.mil at least two weeks ahead of your desired inspection date, if possible.
Application for Inspection: https://www.uscg.mil/forms/CG/CG_3752.pdf
Application for New Construction/New to Zone Vessel:

M/V SEA HAWK
Christopher Garbowski
█████████ █
Sterling Heights, MI 48313
GSKIGROUP@GMAIL.COM

Captain of the Port
United States Coast Guard
2420 S. Lincoln Memorial Drive
Milwaukee, WI 53207

September 18, 2017

**Captain Of The Port Order 11-17: M/V SEA HAWK, O.N. 1192154**

To whom it may concern:

I do have any intention on operating my vessel for commercial purposes.

On Aug 19, 2017, the USCG boarded my vessel and deemed it a commercial operation. This was not the case. I did not collect any payments or any form of monetary value from any passengers on my vessel. This is my first season of ownership and did not know all the liabilities of asking guests to pitch in for gas. I did not and was not physically collecting any money from any of my guests for chartering. I ask to please review and re-evaluate the fines assessed to M/V SEA HAWK, O.N. 1192154 and myself, Christopher Garbowski.

Sincerely,

*C. M.*

Christopher Garbowski
████████
GSKIGROUP@GMAIL.COM

**U.S. Department of Homeland Security**

**United States Coast Guard**



Captain of the Port
United States Coast Guard
Sector Lake Michigan

2420 S. Lincoln Memorial Drive
Milwaukee, WI 53207-1977
Phone: (414) 747-7182
Fax: (414) 747-7883

16731
October 23, 2017

M/V SEA HAWK, O.N. 1192154
Attn: Christopher Grabowski

Sterling Heights, MI 48313
GSKIGroup@gmail.com

## RESCISSION OF CAPTAIN OF THE PORT ORDER 11-17: M/V SEA HAWK, O.N. 1192154

You have met the requirements of COTP Order 11-17 by notifying my office in your letter dated September 18, 2017, and your email to Marine Safety Unit Chicago on September 26, 2017, that you will operate the M/V SEA HAWK as a recreational vessel and not as a charter or commercial vessel with passengers for hire.

The Coast Guard has made a long-term commitment to enforce all applicable federal regulations for passenger vessels. The Coast Guard will be conducting periodic, unannounced boardings of vessels suspected to be operating illegally as passenger vessels. Passenger vessels operating without a valid Certificate of Inspection (46 U.S.C. § 3318) or without a properly licensed mariner may face a maximum civil penalty of $15,000 for each day the violation occurs. Additionally, credentialed merchant mariners found violating marine safety laws and regulations may face suspension and/or revocation of their credential. Finally, any false statements provided to my office regarding your intentions may result in fines and/or imprisonment for up to five years pursuant to 18 United States Code § 1001 and § 2237.

If you have any questions, please contact MSU Chicago Inspections Branch at (630) 986-2155 or by email at SMBMSUChicago@uscg.mil.

Sincerely,

T. J. STUHLREYER
Captain, U.S. Coast Guard
Captain of the Port, Lake Michigan

Copy: Commander, Ninth Coast Guard District (dp)



GOVERNMENT
EXHIBIT

CARDELS 800.783.0399

7/13/18 Email

Craig Whaley

Re: July 14 Boat Rental

To:            Cc:

Mike, attached is everything I could fill out on Luis' behalf.  I've also copied him on this email so that he'll have a copy of the agreement.  Maybe it would be easiest to have a printed copy with you in the morning, so that you can capture Luis' signature, DOB, electronic payment info, and those accompanying them on the boat?

Hopefully Roshan was able to get the $500 deposit to you this evening as well.  Please let me know if you guys need anything else!

I hope everyone has a terrific time tomorrow!

Take care,
Craig

Gski
Agreement.pdf

On Jul 13, 2018 at 3:24 PM, Mike Gski <gskigroup@gmail.com> wrote:

Hi Craig

Attached is the contract.
Can you tell me about your clients?
My only request is that they do not talk about the day as being a charter.
Just that I am your realtor and it's a client entertainment trip where no monies were paid.
If we are stopped or bothered by the coast guard, I need everybody on the same page that no body paid for anything. Not food, drinks, gas, captain, boat or anything.

I could probably come over to the gas dock at Burnham but not the yacht club.

Let me know how your prefer to send payment.
Venmo, chase quickpay or paypal all work for me.

Lastly,
I'm still trying to pull off the 55ft boat
If so, it'll be $500

Let me know if you have any questions.

Thanks,
Mike Garbowski
586-604-8141
<Craig Whaley Boat Rental Agreement And Release 7-14-18.pdf>

# Gski Group

## Boat Rental Agreement and Release

| Renter's Name | Luis Rivera | Renter's Phone | ████████ |
|---|---|---|---|
| Renter's Birth Date | | Renter's Email | ████████ |
| Renter's Address | ████████ | | |

Boat Owner agrees to rent the following boat (the "Boat") to Renter, upon the condition that Renter, and Passengers, agree to all terms and conditions set forth below, including the release of claims, claims of guests, group members, or any associated persons, and evidences that agreement with his/her signature in the space provided.

| Boat Type | BAYLINER AVANTI 4085 |
|---|---|

The Boat shall be rented for the time period and additional hourly rate specified as follows:

| Date | 7/14/2018 | Hours | 8 |
|---|---|---|---|
| Start Time | 11:00 am | Return Time (Scheduled/Actual) | 7:00 pm |
| SECURITY DEPOSIT | $500 (Refundable) | Overnight Stay | No |
| RENTAL AMOUNT | $3,750 | Additional Hourly Rate | $400 flat rate |

READ THE FOLLOWING SECTIONS FULLY AND CAREFULLY PRIOR TO SIGNING. THIS IS A LEGALLY VALID AND BINDING OBLIGATION TO RELEASE BOAT OWNER FROM ALL KNOWN AND UNKNOWN OBLIGATIONS AND TO INDEMNIFY COMPANY AGAINST CLAIMS BROUGHT AGAINST IT BASED UPON USE OF THE BOAT

### NON-DISCLOSURE:

THIS CONTRACT IS CONFIDENTIAL AND SHALL NOT BE DISCLOSED WITH ANY PERSONS, AUTHORITIES, AGENCIES OR ANY OTHER PARTIES EXCEPT THE RENTER AND PASSENGERS. NEITHER PARTY SHALL ADVERTISE, PUBLICLY ANNOUNCE, OR OTHERWISE STATE THAT IT HAS ENTERED INTO A CONFIDENTIALITY AGREEMENT WITH THE OTHER PARTY. WITHOUT LIMITING THE FOREGOING, NEITHER PARTY SHALL USE THE OTHER PARTY'S NAME OR NAMES OF ITS AFFILIATES OR REPRESENTATIVE IN ANY WEBSITE DISPLAYS OR OTHER MATERIALS

RECIPIENT ACKNOWLEDGES THAT (A) ANY BREACH OF THE PROMISES OR AGREEMENTS HEREIN MAY RESULT IN DAMAGE TO DISCLOSER FOR WHICH THERE WILL BE NO ADEQUATE REMEDY AT LAW, AND (B) IN THE EVENT OF BREACH, DISCLOSER SHALL BE ENTITLED TO SEEK INJUNCTIVE RELIEF AND/OR A DECREE FOR SPECIFIC PERFORMANCE, AND SUCH OTHER RELIEF AS MAY BE PROPER, INCLUDING MONETARY DAMAGES.

**PARTY UNDERSTANDS AND WILL CLAIM NO MONIES WERE PAID FOR THE DAY ON THE BOAT FOR CHARTER, CAPTAIN, GAS, FOOD, DRINKS OR ANYTHING ELSE IN CONSIDERATION. WE ARE FRIENDS.**

LRCW 0033



## Boat Rental Agreement and Release

### Terms and Conditions

1. <u>Assumption of Risk</u>. Renter acknowledges that the activities for which the Boat is designed include inherent dangers, including the risk of bodily injury and/or death. Renter assumes and accepts all risks associated with the use of the Boat.
Renter Initials    L R

2. <u>Acceptable Use</u>. Renter agrees and acknowledges that he/she will use the Boat in a careful, safe and conscientious manner. Renter shall at all times observe and adhere to any rules and guidelines posted by Boat Owner, and any applicable laws or regulations. Renter shall be responsible at all time for the safety of any and all passengers in the Boat.

3. <u>Prohibited Activities</u>. Renter shall not violate any of the following rules and regulations during his/her operation of the Boat:

- There is **no smoking** while in the Boat.
- Boat Owner reserves the right to inspect any coolers, bags or other containers belonging to the Renter or any of Renter's passengers.
- There are no pets permitted in the Boat.
- No flushing of anything other than the toilet paper provided down the toilet.

4. <u>Children</u>. Any children under the age of 12 in the boat must wear a life jacket at all times.

5. <u>Unsafe Use</u>. If at any time Boat Owner determines that Renter has engaged in an unsafe or hazardous use of the Boat, Boat owner may notify the Renter that rental is immediately terminated. Upon termination, Renter must return the Boat to the designated docking area immediately. If the rental is terminated for unsafe or hazardous use, Renter will not be refunded his/her security deposit or any other amounts including, Rental Amount. Boat Owner shall determine, in its sole discretion, whether any behavior or activity is "unsafe or hazardous."

6 <u>Condition of Boat upon Return</u>. The Renter shall vacate the Boat clean, free of garbage and debris, and in the same condition as it was in at beginning of trip, excepting ordinary wear and use. Renter shall be responsible for any damage or theft caused to the Boat during the rental period. Boat Owner shall retain any portion (or all) of Renter's security deposit as necessary to cover repairs for such damages. To the extent that damages to the Boat exceed the amount of the security deposit, Renter shall be billed by Boat Owner for the full amount of damages caused by Renter during the rental period, including reasonable attorney's fees.

7. <u>Late Return</u>. If Renter returns the Boat to the designated docking area more than 30 minutes after the predetermined "Time In," Renter shall forfeit his/her security deposit.

LRCW 0034

# Gski Group

### Boat Rental Agreement and Release

8. <u>Cancellation Policy:</u> At least on week in advance on all trips.
Less than one week will be subject to 50% forfeit: No shows will result in 100% forfeit of rental amount. A cancellation called by Owner due to weather or mechanical problems will create either a deposit credited toward another date or a refund request. A trip terminated by the Owner due to the weather once the rental has commenced will not be entitled to a refund if the Renter agreed to leave the dock. If weather advisory restricts voyage on water, rental amount will be refunded, but security deposit will be forfeited. Owner reserves the right to cancel the trip for any reason.

9. <u>WAIVER/RELEASE OF LIABILITY:</u> By the execution of this Release, the undersigned voluntarily releases, forever discharges and agrees to indemnify and hold harmless Gski Group LLC and its associates from any and all liability of any nature for any and all injury or damage arising from personal injuries sustained by the undersigned or any minor children under the undersigned's custody, care, and control, as a result of any and all activities related to the rental, operation, or use of equipment provided regardless of the cause. The undersigned assumes full responsibility for any such injuries or damages, which may occur, and further agrees that Gski Group, LLC. shall not be liable for any loss or theft of personal property. The undersigned specifically agrees that Gski Group LLC shall not be responsible for such injuries, damages, loss or theft. EVEN IN THE EVENT OF NEGLIGENCE OR FAULT BY Gski Group LLC, whether such negligence is present at the signing of this Release or takes place in the future.
Initial: _LR_

10. <u>LIABILITY TO THIRD PARTIES:</u> The undersigned hereby agrees that he/she will indemnify and hold harmless Gski Group LLC for all personal injuries, property damages, or any other damages to any and all third parties, including but not limited to, operators and passengers of other watercraft and minor children under the undersigned's custody, care, and control as a result of any and all activities related to the rental, operation, or use of equipment provided by Gski Group LLC, even if such damages arise out of the negligence or fault of Gski Group LLC.
Initial: _LR_

11. <u>ACKNOWLEDGEMENT OF BOAT RENTAL AGREEMENT AND RELEASE:</u> The undersigned states that he/she has had sufficient time to review the Boat Rental Agreement and Release and to ask any questions associated with said Release. The undersigned further states that he/she has carefully read the foregoing Boat Rental Agreement and Release, knows the contents thereof, and has signed this Release as his/her own free act. The undersigned further warrants that he/she is fully aware that he/she is waiving any right he/she may have to bring a legal action to assert a claim against Gski Group LLC for any negligence's, which may include injuries and/or deaths.
Initial: _LR_

11. <u>ELECTRONIC PAYMENTS:</u> The undersigned states that the payment he/she has made is irreversible, unless agreed upon in writing, and will not attempt to charge back or reverse any payments made in connection to the reservation. If cash is paid, section does not apply.
Paypal email: _____
Venmo username: _____
QuickPay email: _____
Initial: _LR_

*Boat Rental Agreement and Release · GSKI CW 071418*
CONFIDENTIAL

LRCW 0035

# Gski Group

## Boat Rental Agreement and Release

Renter has read and understands all of the terms, conditions and rules set forth above, and agrees to all terms without reservation.

| RENTER |
| --- |

**LUIS RIVERA**
Print Name

_____
Signature

**7/14/18**
Date

Passenger Name: **LUIS RIVERA**     Passenger Name: **ROSHAN PARIKH**
Signature: _____     Signature: _____

Passenger Name: _____     Passenger Name: _____
Signature: _____     Signature: _____

Passenger Name: _____     Passenger Name: _____
Signature: _____     Signature: _____

Passenger Name: _____     Passenger Name: _____
Signature: _____     Signature: _____

Passenger Name: _____     Passenger Name: _____
Signature: _____     Signature: _____

Passenger Name: _____     Passenger Name: _____
Signature: _____     Signature: _____

Passenger Name: _____     Passenger Name: _____
Signature: _____     Signature: _____

| OWNER |
| --- |

_____
Print Name

_____
Signature

_____
Date

LRCW 0036


GOVERNMENT
EXHIBIT
7/14/18
Interview

14 JULY 2018 - Statement of Special Agent Asher Thomas, CGIS RAO Chicago, IL.

1.      On 07/14/2018 from 0730 hrs to 1315 hrs, I conducted surveillance within the Chicago Area Waterways System (CAWS) at known locations of illegal chartering activity to include Monroe Harbor, 400 East Monroe Street, Chicago, IL, and observed the following:

At 0745 hrs, I observed the P/C MANAJE III, USCG Doc. No.: 1192154, Chicago, IL, moored to its assigned mooring buoy P-04 in Monroe Harbor.

At 1100 hrs, (S) Michael C. Garbowski, CIV, Sterling Heights, MI, and a white male (NFI) crewmember boarded the water taxi and were dropped off on the P/C MANAJE III.

At 1140 hrs, P/C MANAJE III moored portside to the Monroe Harbor, North Harbor Public Dock (sewage pump out dock); then (S) Garbowski and the white male (NFI) crewmember cleaned the vessel.

At 1223 hrs, suspected charter passengers began boarding the P/C MANAJE III in groups.

At 1224 hrs, the white male (NFI) crewmember departed the P/C MANAJE III and walked toward the downtown area of Chicago, IL.

At 1300 hrs, the P/C MANAJE III got underway from the dock and motored southward down the west wall of Monroe Harbor.

2.      On 07/14/2018 from 1315 hrs to 1530 hrs, I assisted ME3 Jacob R. Ruhe, USCG, USCG Station Calumet Harbor, Chicago, IL, with the boarding of the P/C MANAJE III, USCG Doc. No.: 1192154, Chicago, IL, while it was moored at the Columbia Yacht Club dock, Monroe Harbor, 400 East Monroe Street, Chicago, IL.

3.      SA David T. Smith, USCG, USCG Station Calumet Harbor, Chicago, IL, and I interviewed (S) Michael C. Garbowski, CIV, Sterling Heights, MI, while he was seated inside the cabin of the CG small boat. (S) Garbowski provided the following information:

At the onset of deceptive and false answers, (S) Garbowski was cautioned about 18 U.S.C. § 1001 and making false statements to federal agents; (S) Garbowski acknowledged understanding and reaffirmed his answers several times though out the interview.

In 2017, Garbowski purchased the P/C MANAJE III in Washington D.C., has not owned any other vessels before, does not have a Merchant Mariners Credential, and does not know the safe loading capacity of his vessel.  The P/C MANAJE III is CG documented to his business in DE and is not state registered in IL as he intends to take it back to MI before the 60-day rule comes into effect.  (S) Garbowski stated he brought the vessel into the Chicago area in July 2018 and the DE registration was in the mail pending arrival.  I informed (S) Garbowski according to the CG documentation and the writing on the vessel's stern the vessel was homeported in Chicago, IL, and thus by state law was required to have IL registration.

(S) Garbowski stated for employment he does a little bit of everything, to include working as a real estate agent, is not employed in the tech industry, and does not have a primary employer. (S) Garbowski operates his vessel every weekend with friends and perspective real estate clients onboard. On 07/13/2018, (S) Garbowski was informed his current voyage was set up by (PK) Craig Waylend for (PK) Luis A. Rivera Jr., CIV, Mequon, WI, and (PK) Rivera's 17 friends. (S) Garbowski has worked in the past with (PK) Waylend on real estate deals, knows he lives in NC, denied having his contact information in his cellular telephone, and indicated he kept it written down at work. (S) Garbowski stated (PK) Weyland also works in the promotions and events entertainment industry.

(S) Garbowski stated several times he has never run a charter voyage on his vessel and has never received money or payment for operating the vessel. (S) Garbowski does not and has not ever had an online account for vessel charting to include Getmyboat.com or Boatsetter.com. I provided the dates 08/05/2017, 08/07/2017, and 01/27/2018, as dates (S) Garbowski received money for charter passenger voyages; to which he denied knowledge of receiving money on the listed dates.

I referenced the 08/19/2017, CG boarding and subsequent Captain Of The Port (COTP) order on (S) Garbowski's vessel and stated I was there when he was boarded. (S) Garbowski denied knowledge of the charter voyage associated with the boarding and did not recall my presence. (S) Garbowski believed he mailed his response to the COTP through the USPS mail to the CG and noted the COTP was then suspended.

I provided a copy of the attached 2017 charter passenger voyage contract between (S) Garbowski and (V) Jill Garlich, CIV, Chesterfield, MO, to (S) Garbowski (2017 CONTRACT – GARBOWSKI). (S) Garbowski initially declined to comment on the contract and then asked if he could have a copy of it. I informed (S) Garbowski he already had a copy of the contract as it was in his email and it was his contract. (S) Garbowski stated he did not recognize the contract and was not willing to discuss the non-disclosure agreement portion of the contract.

I provided surveillance photographs from 08/05/2017, 07/04/2018, and 07/07/2018 to (S) Garbowski for review. (S) Garbowski stated all passengers were friends; none of the passengers paid, and signed each photograph notating the passengers were friends and did not pay for the voyage. (S) Garbowski did not the photograph from 08/05/2017 citing that it was too blurry to make out the passengers.

(S) Garbowski affirmed in 2018 his vessel was boarded by the CG once already (07/06/2018) and stated the passengers onboard his vessel were friends and not paying passengers. (S) Garbowski initially stated friends had taken his boat out once in a while and then denied knowledge of persons or friends operating his vessel without him being onboard.

When asked, (S) Garbowski stated (S) John W. Highland, CIV, Warrenville, IL, was the previously unknown white male who helped him clean the vessel.

When asked, (S) Garbowski stated the female who cleaned his vessel on 07/04/2018 was (S) Highland's girlfriend and he did not know her name.

(S) Garbowski stated the CG was trying to get him for running charters. I explained charter passenger voyages could be very profitable if done legally and the CG was willing to help him do it legally. I informed (S) Garbowski it was a fact he was operating as a charter passenger vessel and he was not operating within state or CG safety regulations. (S) Garbowski again denied any operation as a charter passenger vessel..

(S) Garbowski was not asked to provide a written, sworn affidavit.

(S) Garbowski was provided vessel chartering pamphlets via email for future reference and encourage to contact CG MSU Chicago, IL, for guidance on getting into compliance with safety regulations for charter passenger vessel operations.

The above statement is true and accurate to the best of my knowledge.

THOMAS.ASHER.A Digitally signed by
LAN.1085915254 THOMAS.ASHER.ALAN.108591 52
54
Date: 2018.07.24 09:55:11 -05'00'

Special Agent Asher Thomas
CGIS RAO Chicago
555 Plainfield Road, Suite A
Willowbrook, IL, 60527-7603

**U.S. Department of Homeland Security**

**United States Coast Guard**



Captain of the Port
United States Coast Guard
Sector Lake Michigan

2420 S. Lincoln Memorial Drive
Milwaukee, WI 53207
Phone: (414) 747-7182
Fax: (414) 747-7883

16731
July 27, 2018

M/V MANAJE III/SEA HAWK
Attn: Christopher "Michael" Garbowski

Sterling Heights, MI 48313
GSKIGroup@gmail.com



**GOVERNMENT EXHIBIT**

7/27/18 COTP

### CAPTAIN OF THE PORT ORDER 11-18: M/V MANAJE III/SEA HAWK, O.N. 1192154

On July 14, 2018, members of my staff, in the vicinity of Monroe Harbor, Chicago, IL, boarded the M/V MANAJE III/SEA HAWK, O.N. 1192154, operating with eighteen (18) people on board. When you were asked, you and your passengers told the boarding officer that no money was given to you in exchange for the voyage. We have since received evidence that clearly indicates money was exchanged and that these were passengers for hire. We have determined that the voyage was commercial in nature.

After receiving Captain of the Port Order 11-17 on August 19, 2017, for operating with passengers for hire, you notified my office in your letter dated September 18, 2017, and your email to Marine Safety Unit Chicago on September 26, 2017, that you would operate the M/V SEA HAWK, O.N. 1192154 as a recreational vessel, not as a charter or commercial vessel with passengers for hire.

The Coast Guard has no current record of your vessel being inspected as a small passenger vessel or being operated by an individual licensed by the Coast Guard for this vessel and route. Title 46 United States Code (U.S.C.) § 3301(8) states that small passenger vessels are subject to inspection. Additionally, 46 U.S.C. § 8902, requires small passenger vessels be operated by an individual licensed by the Secretary to operate that type of vessel in the particular geographic area, under prescribed regulations. Furthermore, 46 U.S.C. § 8903, requires self-propelled, uninspected passenger vessels be operated by an individual licensed by the Secretary to operate that type of vessel, under prescribed regulations.

Therefore, M/V MANAJE III/SEA HAWK, O.N. 1192154, is hereby ordered to immediately cease operations as a commercial passenger vessel until such time as it can be shown to the satisfaction of the Coast Guard that it is operated by an individual holding an appropriate license and is in compliance with all federal laws and regulations. This order is given under the authority of Title 33 U.S.C. § 1223(b), effective July 27, 2018, and will remain in effect until rescinded by my office.

Failure to comply with this order may result in a civil penalty of not more than $90,063.00 pursuant to 33 U.S.C. § 1232(a), with each day of continued operation constituting a separate violation. Furthermore, a willful and knowing violation of this order under 33 U.S.C. § 1232(b)

## CAPTAIN OF THE PORT ORDER 11-18: M/V MANAJE III/SEA HAWK, O.N. 1192154

constitutes a Class D Felony which may expose you to a term of imprisonment not to exceed 10 years, and a fine not to exceed $250,000.00.

Should you feel aggrieved by this order, you may request reconsideration to me directly. If I do not rescind this order based on your request, you may appeal my decision to the Commander, Ninth Coast Guard District. While any request of appeal is pending, all provisions of this order will remain in effect. Reconsideration requests or appeals must follow the procedures prescribed in Title 33, Code of Federal Regulations (CFR) § 160.7.

If you have any questions please contact our 24-hour watch at (414) 747-7182; fax (414) 747-7883.

Sincerely,

T. J. STUHLREYER

Copy: Commander, Ninth Coast Guard District (dp)

Acknowledgement of Receipt / Proof of Service (circle one):

Name: _MIKE GARBOWSKI_     Signature: _REFUSED_

Title: _OWNER_     Place: _MONROE HARBOR_

Date: _27 JUL 2018_     Time: _1731 HRS_

2

## PROOF OF SERVICE

| DATE SERVED | PLACE |
|---|---|
| 27 JULY 2018 | MONROE HARBOR, NORTH HARBOR PUBLIC DOCK (SEWAGE PUMP OUT DOCK), 400 EAST MONROE STREET, CHICAGO, IL. |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| CHRISTOPHER MICHAEL GARBOWSKI | IN PERSON HAND CARRY |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| ASHER THOMAS | SPECIAL AGENT |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 27 JULY 2018

THOMAS.ASHER.ALAN.108 5915254    Digitally signed by THOMAS.ASHER.ALAN.1085915254 Date: 2018.08.01 11:28:17 -05'00'

SIGNATURE OF SERVER

555 PLAINFIELD ROAD, SUITE A

ADDRESS OF SERVER

WILLOWBROOK, IL. 60527-7603

---

### 33 CFR PART 20
**Rules of Practice, Procedure, and Evidence for Administrative Proceedings of the Coast Guard**

§ 20.608 Subpoenas.
  (a) Any party may request the ALJ to issue a subpoena for the attendance of a person, the giving of testimony, or the production of books, papers, documents, or any relevant evidence during discovery or for any hearing. Any party seeking a subpoena from the ALJ shall request its issuance by motion.
  (b) An ALJ may, for good cause shown, apply to the United States District Court for the issuance of an order compelling the appearance and testimony of a witness or the production of evidence.
  (c) A person serving a subpoena shall prepare a written statement setting forth either the date, time, and manner of service or the reason for failure of service. He or she shall swear to or affirm the statement, attach it to a copy of the subpoena, and return it to the ALJ who issued the subpoena.
  (d) Coast Guard investigating officers have separate subpoena power in S&R proceedings under 46 CFR 5.301.

§ 20.609 Motions to quash or modify.
  (a) A person to whom a subpoena is directed may, by motion with notice to the party requesting the subpoena, ask the ALJ to quash or modify the subpoena.
  (b) Except when made at hearing, the motion must be filed (1) 10 days or less after service of a witness or the production of evidence or (2) At or before the time specified in the subpoena for compliance, whichever is earlier.
  (c) If the subpoena is served at a hearing, the person to whom it is directed may, in person at the ALJ, ask the ALJ to quash or modify it.
  (d) The ALJ may quash or modify the subpoena if it is unreasonable or requires evidence not relevant to any matter in issue.



| 1. OFFICE: | | |
|---|---|---|
| CGIS RESIDENT AGENT OFFICE CHICAGO, WILLOWBROOK, IL. | | |

| 2. TITLE: | 3. CASE: | 4. CONTROL AGENT'S NAME: |
|---|---|---|
| P/C MANAJE III | CSE-2017-09-001645<br>ACT-2017-09-002124 | S/A ASHER THOMAS |

| 5. SUMMARY/DESCRIPTION: | 6. PHOTOGRAPHER/ DATE PHOTO TAKEN: |
|---|---|
| P/C MANAJE III, USCG DOC. NO.: 1192154, CHICAGO, IL, MOORED IN MONROE HARBOR, 400 EAST MONROE STREET, CHICAGO, IL, DURING COTP SERVICE. | S/A ASHER THOMAS<br><br>27 JUL 2018<br>1733 HRS |

GOVERNMENT
EXHIBIT
7/27/18 Photo



# Coast Guard Investigative Service

# Action Supplement Report



Supplement # ACT-2017-09-002124-0042          Approval Status: APPROVED



GOVERNMENT
EXHIBIT

Minella

## Action Supplement Details

| | | | |
|---|---|---|---|
| **Date/Time:** 02/08/2019 16:00 | | **Type:** INVESTIGATIVE ACTION REPORT | |
| **Agent:** THOMAS, ASHER A | | **Approving Official:** REGGIO, ROBERT | |

## Narrative Information

**Title:** CARMEN MINELLA INTERVIEW 1                    **Entered On:** 02/09/2019 18:11

**Reporting Agent:** THOMAS, ASHER A          **Participating Agent:** HUNT, JOSHUA

**Narrative**

On 02/08/2019, S/A Joshua T. Hunt, CGIS RAO Chicago, Willowbrook, IL, and I interviewed (PK) Carmen Minella, CIV, Chicago, IL, in the community game room of his apartment complex. Prior to any questioning (PK) Minella was informed as to the identity of the agents, agreed to be interviewed, and provided the following information:

At the onset of the interview, (PK) Minella indicated would not consent to an audio recorded interview and preferred to be asked direct questions only; rather than engage in a conversation style interview with CGIS.

(PK) Minella works in the finance industry, moved to Chicago, IL, and is originally from Pittsburgh, PA.

In approximately 2016 or 2017, (PK) Minella used the Boatbound.com application to look for vessels to charter in the Chicago area and made contact with (S) Christopher Michael Garbowski, CIV, Chicago, IL, via the Boatbound application. Once making contact, (PK) Minella and (S) Garbowski circumvented the Boatbound application and conducted two or three charter passenger voyages with the most recent in 2018. (PK) Minella always met and boarded the P/C MANAJE III, USCG Doc. No.: 1192154, Chicago, IL, at Monroe Harbor, 400 East Monroe Street, Chicago, IL, for their voyages to the Play Pen, 800 North Lake Shore Drive, Chicago, IL, and back.

(PK) Minella recalled the charter fees he paid to (S) Garbowski included fuel and captain's fees; however, (PK) Minella recalled he tipped (S) Garbowski separately. (PK) Minella noted they were responsible for providing their own food and alcohol for the charter passenger voyages. (PK) Minella was not given the choice of selecting a captain or operating the vessel himself as (S) Garbowski captained the voyages and once or twice brought along a crewmember. When asked (PK) Minella recalled he signed some sort of a waiver provided by (S) Garbowski and may have received it via email. (S) Garbowski normally set a passenger limit of 20 to 25 for (PK) Minella, who recalled bringing approximately 15 passengers for the two to three charter voyages. The charter voyages were not combined with other charters and consisted of only (PK) Minella, his guests, and the vessel operators.

(S) Garbowski did not indicate or state he had a Merchant Mariners Credential (MMC) and (PK) Minella did not ask.

(PK) Minella noted on two of the charter voyages they were boarded by the Coast Guard (CG) who were checking for underage alcohol consumption. (S) Garbowski told (PK) Minella; if the CG has questions tell them to ask me (Garbowski).

Supplement # ACT-2017-09-002124-0042          Approval Status: APPROVED

When asked, (PK) Minella confirmed (S) Garbowski last operated a charter voyage for him on 07/28/2018, for the Chicago Boat Scene Party.  When shown, (PK) Minella recognized his bank account number on the Venmo records and confirmed he paid (S) Garbowski $1110.00 for the charter voyage on 07/28/2018, via Venmo wire transfer.  (PK) Minella noted he arranged and paid (S) Garbowski for the charter voyages while his friends chipped in and paid him back.

(PK) Minella refused to provide the first names of his guests but affirmed (PK) Trevor Lu, CIV, Chicago, IL, was one of them.

(PK)  Minella noted he would not be using (S) Garbowski for anymore charter voyages and inquired if it was legal to use the Boatbound application for future charter voyages.

(PK) Minella was not asked to provide a written, sworn affidavit.

(PK)  Minella was issued a verbal CGIS non-disclosure request regarding the investigation.

(PK) Minella was provided vessel chartering pamphlets via email for future reference.

## Associated Names

**Action/Name Information**                                                      Juvenile At Time: ☐

    **Involvement:** PERSON WITH KNOWLEDGE          **Linked Name:** MINELLA, CARMEN , INDIVIDUAL

# venmo

Global Investigations

| | |
|---|---|
| Law Enforcement Officer: | Asher. A. Thomas |
| Law Enforcement Agency: | US Coast Guard Investigative Service USCG |
| Requested On: | April 29, 2019 |
| Evidence Gather On: | May 23, 2019 |

Registration Information

## Chris Mike Garbowski



✓ ▉

✓ (586) 604-8141

✓ 

venmo

**$87.50**

MONEY IN VENMO

### USER DETAILS

**Phone**

| | | |
|---|---|---|
| Current | (586) 604-8141 | Michigan: Macomb County, MI |
| Past | N/A | N/A |

**Email**

| | |
|---|---|
| Current | ▉ VERIFIED |
| Past | N/A UNVERIFIED |

**Personal Information**

| | |
|---|---|
| Birthday | Invalid date |
| SSN | |

**Venmo CIP**

| | |
|---|---|
| Status | N/A |
| Details | User has not attempted CIP |
| Payer ID | N/A |
| Submitted | N/A |
| Full Name | N/A |

**IDology**

| | |
|---|---|
| Status | Verified |
| Type | ID score > 2.3 |
| Date | Thursday, August 18th 2016, 1:14:17 PM |
| Last Check | (NEVER SUBMITTED) |

**ID Check**

| | |
|---|---|
| Status | Unverified |

**External ID**

| | |
|---|---|
| @Venmo | |
| Facebook | Search By Email |
| | Search By Phone |

### VENMO CARD DETAILS

**Card Eligibility**

| | |
|---|---|
| Status | YES |

**Shift Card CIP**

| | |
|---|---|
| Status | N/A |
| Details | User has not attempted CIP |
| Payer ID | N/A |
| Submitted | N/A |

**PayPal Card CIP**

| | |
|---|---|
| Status | N/A |
| Details | User has not attempted CIP |
| Payer ID | N/A |
| Submitted | N/A |



GOVERNMENT EXHIBIT

Venmo

Venmo is a service of PayPal, Inc., a licensed provider of money transfer services. All money transmission is provided by PayPal, Inc. pursuant to PayPal, Inc.'s licenses. © 2015 PayPal

| DATE | TIME | ACTION | NOTE | FUNDING | STATUS | DEBIT/CREDIT | BALANCE | LOCATION/DEVICE |
|---|---|---|---|---|---|---|---|---|
| 8/20/18 | 11:08 AM | Payment From | ← @SuperQuick | *1085 Bank | COMPLETED | +$2,000.00 | $13,106.50 | |
| | 07:36 AM | Payment From | ← @Dylan-Jorling Pt 2 | *1215 Bank | COMPLETED | +$1,400.00 | $11,106.50 | |
| | 07:35 AM | Payment From | ← @Dylan-Jorling Pt 1 | V | COMPLETED | +$1,600.00 | $9,706.50 | |
| 8/13/18 | 01:14 PM | Payment To | → @Brian-Fitzsimmons-1 See you | V | COMPLETED | -$2,150.00 | $8,706.50 | |
| | 01:14 PM | Sending Limit Reached | User attempted to make a payment but reached their verified account overall sending limit. | | | | | Venmo |
| | 10:59 AM | Payment From | ← @ddenny | V | COMPLETED | +$1,600.60 | $10,856.50 | |
| 8/11/18 | 03:20 AM | Cashout | Credit to Chris Mike Garbowski | *9769 Bank | COMPLETED | -$1,000.00 | $9,256.50 | |
| 7/29/18 | 10:22 AM | Payment From | ← @trevonlu Brunch | *2788 Bank | COMPLETED | +$2,000.00 | $10,256.50 | |
| | 02:10 AM | Cashout | Credit to Chris Mike Garbowski | *9769 Bank | COMPLETED | -$800.00 | $8,166.50 | |
| 7/28/18 | 10:57 AM | Payment From | ← @Carmen-Minella us | *1613 Bank | COMPLETED | +$1,110.00 | $8,966.50 | |
| 7/21/18 | 12:28 PM | Payment From | ← @Magicyoshi Boat | *5284 Bank | COMPLETED | +$500.00 | $7,856.50 | |
| | 12:19 PM | Payment To | → @Erin-Ratliff | V | COMPLETED | -$250.00 | $7,756.50 | |
| 7/17/18 | 09:19 PM | Cashout | Credit to Chris Mike Garbowski | *9769 Bank | COMPLETED | -$800.00 | $8,006.50 | |
| 7/14/18 | 11:50 AM | Payment To | → @Elsa-Tricozzi Deposit | V | COMPLETED | -$500.00 | $8,806.50 | |
| 7/12/18 | 08:05 PM | Payment To | → @Jon-Trocio Food | V | COMPLETED | -$30.00 | $9,306.50 | |
| 7/09/18 | 03:33 PM | Payment From | ← @Elsa-Tricozzi Deposit for Boat on 7/14/18 | V | COMPLETED | +$500.00 | $8,336.50 | |
| | 11:24 AM | Request To | ↰ @BCDean Bday | | CLAIM | | $0.00 | |
| 7/07/18 | 07:21 PM | Payment From | ← @Olivershere Varun boat | V | COMPLETED | +$1,000.00 | $8,835.50 | |
| | 07:18 PM | Payment From | ← @Varun-Juloori A | V | COMPLETED | +$3,500.00 | $7,836.50 | |

Venmo is a service of PayPal, Inc., a licensed provider of money transfer services. All money transmission is provided by PayPal, Inc. pursuant to PayPal, Inc.'s licenses. © 2015 PayPal.